IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

CR 06 62 ML

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. |
| vs. | ) | In violation of 21 U.S.C. |
| | ) | §§ 841(a)(1)&(b)(1)(A),(B)&(C), |
| PEDRO MICHAEL GONCALVES, | ) | 18 U.S.C. §922(g) & |
| a/k/a Mike Goncalves | ) | 18 U.S.C. §924(c) |

INDICTMENT

The Grand Jury charges that:

COUNT ONE

On or about May 3, 2006, in the District of Rhode Island, the defendant, PEDRO MICHAEL GONCALVES, a/k/a Mike Goncalves, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance,

All in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A).

COUNT TWO

On or about May 3, 2006, in the District of Rhode Island, the defendant, PEDRO MICHAEL GONCALVES, a/k/a Mike Goncalves, did knowingly and intentionally possess with intent to distribute 5

grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance,

All in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B).

COUNT THREE

On or about May 3, 2006, in the District of Rhode Island, the defendant, PEDRO MICHAEL GONCALVES, a/k/a Mike Goncalves, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance,

All in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

COUNT FOUR

On or about May 3, 2006, in the District of Rhode Island, the defendant, PEDRO MICHAEL GONCALVES, a/k/a Mike Goncalves, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Sig Sauer, Model P220, 45 caliber semi-automatic pistol, serial number G312555.

In violation of 18 U.S.C. §922(g).

**COUNT FIVE**

On or about May 3, 2006, in the District of Rhode Island, the defendant, PEDRO MICHAEL GONCALVES, a/k/a Mike Goncalves, in furtherance of a drug trafficking crime, did knowingly possess a firearm, to wit: Sig Sauer, Model P220, 45 caliber semi-automatic pistol, serial number G312555.

In violation of 18 U.S.C. §924(c).

A TRUE BILL:

____________________
Grand Jury Foreperson

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

____________________
MARY E. ROGERS
Assistant U.S. Attorney

Kenneth P. Madden
KENNETH P. MADDEN
First Assistant U.S. Attorney

DATE: 05-10-2006

ATTACHMENT TO DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION
Pedro Michael Goncalves
a/k/a Mike Goncalves

**Count I**
21 USC §§ 841(a)(1) and (b)(1)(A): Knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance

**PENALTIES**: 10 years to life imprisonment; $4,000,000 fine; at least 5 years supervised release to life; $100 mandatory special assessment.

**Count II**
21 USC §§ 841(a)(1) and (b)(1)(B): Knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance

**PENALTIES**: 5 to 40 years with mandatory minimum 5 years imprisonment; $2,000,000 fine; at least 4 years supervised release to life; $100 mandatory special assessment.

**Count III**
21 USC §§ 841(a)(1) and (b)(1)(C): Knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance

**PENALTIES**: 20 years imprisonment; $1,000,000 fine; at least 3 years supervised release to life; $100 mandatory special assessment.

**Count IV**
18 USC § 922(g): Felon in possession of a firearm

**PENALTIES**: 10 years imprisonment; $250,000 fine; 3 years supervised release; $100 mandatory special assessment.

**Count V**
18 USC § 924(c): In furtherance of a drug trafficking crime, did knowingly possess a firearm

**PENALTIES**: 5 years consecutive to sentence received on drug