AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

United States

v.

Pedro Gonzalez

APPEARANCE

CASE NUMBER: 06-62 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Pedro Gonzalez

I certify that I am admitted to practice in this court.

May 15, 2006
*Date*

[signature]
*Signature*

WILLIAM T MURPHY #129
*Print Name* *Bar Number*

312 TURKS Head Bldg
PO BOX 9623
*Address*

PROV RI 02940-9623
*City* *State* *Zip Code*

401-454-6700 401-751-5931
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.