AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Pedro Goncalves

APPEARANCE

CASE NUMBER: CR06-62ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Pedro Goncalves

I certify that I am admitted to practice in this court.

5-30-06
*Date*

[signature]
*Signature*

William J Murphy 4258
*Print Name* *Bar Number*

127 Dorrance St - 2nd Floor
*Address*

Prov RI 02903
*City* *State* *Zip Code*

490-3200 490-3207
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.