AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

PEDRO MICHAEL GONCALVES
a/k/a Mike Goncalves

**WARRANT FOR ARREST**

CASE NUMBER: CR06-62ML

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Pedro Michael Goncalves a/k/a Mike Goncalves
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

POSSESSION WITH INTENT TO DISTRIBUTE COCAINE
FELON IN POSSESSION OF A FIREARM
POSSESSION OF FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME

in violation of
Title 21 / 18 United States Code, Section(s) 841(a)(1) and (b)(1)(A)/922(g)&924(c)

Paula Farrell Pletcher
Name of Issuing Officer

Paula Pletcher
Signature of Issuing Officer

Case Management Supervisor
Title of Issuing Officer

May 10, 2006
Date and Location

Bail fixed at
$ ______ by ______
Name of Judicial Officer

**RETURN**

at AU on writ

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 05/10/2006 | CJ Wyant SDUSM | C Wyant |
| DATE OF ARREST 05/18/2006 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.