UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
vs. : NO.: CR 06-062-01ML
:
PEDRO GONCALVES :

**MOTION TO CONTINUE TRIAL**

Now comes the Defendant, Pedro Goncalves, by and through his attorney and hereby requests that the above-referenced matter be continued to the September Trial Calendar.

As basis for this Motion your defendant avers the following:

1. Counsel has recently been retained;

2. Said continuance is in the interest of justice pursuant to 18 U.S.C. 316 (h)(8)(b).

3. Said time is considered excludable under 18 U.S.C. 3161-3174.

4. The United States Attorney has no objection to this continuance.

Respectfully submitted,
Pedro Goncalves,
By his Attorney,

William J. Murphy #4258
MURPHY & FAY, LLP
127 Dorrance Street – 2nd Floor
Providence, Rhode Island 02903
Telephone: 401-490-3200
Facsimile: 401-490-3207

**CERTIFICATION**

I, the undersigned hereby certify that I mailed a true copy of the within via first-class mail, postage prepaid to United States Attorney Mary Rogers, U.S. Attorney's Office, Fleet Center, 50 Kennedy Plaza, Providence, Rhode Island 02903 on the 29th day of June, 2006.