UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
vs. : NO.: CR 06-062-01ML
:
PEDRO GONCALVES :

**MOTION TO CONTINUE TRIAL**

Now comes the Defendant, Pedro Goncalves, by and through his attorney and hereby requests that the above-referenced matter be continued to the September Trial Calendar.

As basis for this Motion your defendant avers the following:

1. Counsel has recently been retained;
2. Said continuance is in the interest of justice pursuant to 18 U.S.C. 316 (h)(8)(b).
3. Said time is considered excludable under 18 U.S.C. 3161-3174.
4. The United States Attorney has no objection to this continuance.

Respectfully submitted,
Pedro Goncalves,
By his Attorney,

Granted.
Mary M. Lisi
USDJ 7/5/06

William J. Murphy #4258
MURPHY & FAY, LLP
127 Dorrance Street – 2nd Floor
Providence, Rhode Island 02903
Telephone: 401-490-3200
Facsimile: 401-490-3207

**CERTIFICATION**

I, the undersigned hereby certify that I mailed a true copy of the within via first-class mail, postage prepaid to United States Attorney Mary Rogers, U.S. Attorney's Office, Fleet Center, 50 Kennedy Plaza, Providence, Rhode Island 02903 on the 29th day of June, 2006.

Donna M. Rogers