# *UNITED STATES DISTRICT COURT*
***for the***
***District of Rhode Island***

***Case No. CR 06-062-01ML***

***To:*** ***Warden***
***ACI***
***Cranston, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **PEDRO MICHAEL GONCALVES, a/k/a Mike Goncalves**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Mary M. Lisi**, District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **10:00 o'clock a.m.**, on the **26th** day of **September, 2006**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

*****RESCHEDULED from 9/7/06*****

WITNESS the Honorable **Mary M. Lisi**

United States District Judge at Providence, RI
Dated: September 7, 2006.

David A. DiMarzio, Clerk

Change of Plea Hearing

***By*** Barbara Barletta
***Barbara Barletta - Deputy Clerk***