**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **CR. NO.: 06-62ML** |
| | : | |
| **PEDRO GONCALVES** | : | |

**MOTION TO CONTINUE PLEA**

Now comes the Defendant, Pedro Michael Goncalves, in the above-entitled matter and requests this Honorable Court continue the Change of Plea Hearing for the following reasons:

1. There has been a breakdown in the attorney-client relationship;

2. The client has requested his attorney obtain and review certain evidence that is not in possession of the government which may impact this case.

3. The attorney has not yet obtained this evidence and requests a short continuance to obtain this evidence, review it, and properly advise his client.

WHEREFORE, in the interests of justice a continuance is requested.

Pedro Michael Goncalves,
By his Attorney,

William J. Murphy #4258
MURPHY & FAY, LLP
127 Dorrance Street – 2nd Floor
Providence, Rhode Island 02903
Tel: 401-490-3200/Fax: 401-490-3207

**CERTIFICATION**

I, the undersigned, hereby certify that a true and accurate copy of the within Motion for Discovery and Disclosure was hand-delivered to: Sandra R. Beckner, Esquire, AUSA, U. S. Attorney's Office, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, Rhode Island 02903 on this, the 26 day of September, 2006.