/

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **CR. NO.: 06-62ML** |
| | : | |
| **PEDRO GONCALVES** | : | |

## MOTION TO CONTINUE

Now comes the Defendant, Pedro Michael Goncalves, in the above-entitled matter and requests this Honorable Court for a continuance for the following reasons:

1. Defendant's attorney received subpoenaed records on October 17, 2006 and requests a short continuance to review this evidence and properly advise his client.

2. Defendant's counsel just completed a one-week trial in Providence Superior Court and requires additional time to review the subpoenaed records.

WHEREFORE, in the interests of justice a continuance is requested.

Pedro Michael Goncalves,
By his Attorney,

William J. Murphy #4258
MURPHY & FAY, LLP
127 Dorrance Street – 2nd Floor
Providence, Rhode Island 02903
Tel: 401-490-3200
Fax: 401-490-3207

## CERTIFICATION

I, the undersigned, hereby certify that a true and accurate copy of the within Motion for Discovery and Disclosure was hand-delivered to: Sandra R. Beckner, Esquire, AUSA, U. S. Attorney's Office, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, Rhode Island 02903 on this, the 17th day of October, 2006.