**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **CR. NO.: 06-62ML** |
| | : | |
| **PEDRO GONCALVES** | : | |

**MOTION TO WITHDRAW**

Now comes the attorney for the Defendant in the above-entitled matter and hereby moves this Honorable Court for permission to withdraw his Entry of Appearance as counsel.

In support of this Motion, your movant avers that there has been an irremediable breakdown of the attorney/client relationship. It is the movant's understanding that the Defendant has hired Attorney David Cooper to represent him.

WHEREFORE, counsel respectfully prays for permission to withdraw his appearance forthwith.

FILED
2006 OCT 24 P 12: 11
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Respectfully submitted,
Pedro Michael Goncalves,
By his Attorney,

William J. Murphy #4258
Murphy & Fay, LLP
127 Dorrance Street – 2nd Floor
Providence, Rhode Island 02903
Telephone: (401) 490-3200
Facsimile: (401) 490-3207

## CERTIFICATION

I, the undersigned, hereby certify that a true and accurate copy of the within Motion was mailed, via first-class mail, postage prepaid to: Sandra R. Beckner, Esquire, AUSA, U. S. Attorney's Office, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, Rhode Island 02903 on this, the 23rd day of October, 2006.

Donna M. Rogers