FILED
2006 OCT 24 P 12: 11
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISCRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs | : | C.R. NO. 06-62ML |
| | : | |
| PEDRO GONCALVES | : | |

**ENTRY OF APPEARANCE**

Now comes David A. Copper, and hereby requests permission to enter as counsel for Defendant, Pedro Goncalves in the above-entitled matter.

In a previous Motion, Defendant's prior attorney William Murphy has filed a Motion to Withdraw which has been filed with the Court.

Respectfully submitted,
Pedro Michael Goncalves
By his attorney,

David A. Cooper, Esquire #1981
Cooper Law Associates
127 Dorrance Street, 2nd Floor
Providence, RI 02903
(401) 273-1880

**CERTIFICATION**

I the undersigned hereby certify that on the 23 day of October, 2006, a true and accurate copy of the within Entry of Appearance was mailed, via first-class mail, postage pre-paid to: Sandra R. Beckner, Esquire, AUSA, U.S. Attorney Generals Office, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, Rhode Island, 02903.