UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | CR-06-62ML |
| v. | : | |
| | : | |
| | : | |
| PEDRO MICHAEL GONCALVES | : | |

**ENTRY OF APPEARANCE**

I, David Cooper, Esquire, hereby enter my appearance on behalf of the Defendant, Pedro Michael Concalves.

/s/ David Cooper__________
David Cooper, Esquire
COOPER LAW ASSOCIATES
127 Dorrance Street
Providence, Rhode Island 02903
(401) 273-1880
(401) 331-2336

**CERTIFICATION**

I hereby certify that on this 24 day of October, 2006, this document has been filed electronically, and is available for viewing and downloading to the following counsel of record registered with this Court's ECF system. Paper copies will be served on non-registered attorneys of record, if any:

Sandra R. Beckner
Assistant United States Attorney
United States Attorney's Office
District of Rhode Island
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

William Murphy, Esquire
127 Dorrance Street, Penthouse Suite
Providence, Rhode Island 02903

/s/ David Cooper______________