UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | CR-06-62ML |
| v. | : | |
| | : | |
| | : | |
| PEDRO MICHAEL GONCALVES | : | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE MOTIONS**

The Defendant, Pedro Michael Goncalves, through the undersigned counsel, respectfully requests an extension of time within which to file Motions to Suppress Evidence, Motion for a Franks Hearing, and any other Motions deemed necessary.

This request is based on the fact that Attorney David Cooper has recently been retained to represent Defendant in this Matter. Attorney Cooper received the file in this matter on Monday, October 23, 2006.

Accordingly, counsel respectfully requests that this Honorable Court grant an additional twenty-one days, up through and including November 14, 2006.

Respectfully Submitted,

/s/ David Cooper__________

David Cooper, Esquire
COOPER LAW ASSOCIATES
127 Dorrance Street
Providence, Rhode Island 02903
(401) 273-1880
(401) 331-2336

## CERTIFICATION

I hereby certify that on this 24 day of October, 2006, this document has been filed electronically, and is available for viewing and downloading to the following counsel of record registered with this Court's ECF system. Paper copies will be served on non-registered attorneys of record, if any:

Sandra R. Beckner
Assistant United States Attorney
United States Attorney's Office
District of Rhode Island
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

William Murphy, Esquire
127 Dorrance Street, Penthouse Suite
Providence, Rhode Island

/s/ David Cooper______________