UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | CR-06-62ML |
| v. | : | |
| | : | |
| | : | |
| PEDRO MICHAEL GONCALVES | : | |

**DEFENDANT'S MOTION FOR CONTINUANCE OF TRIAL DATE**

Now comes Defendant, through his Counsel, and Moves this Honorable Court for a Continuance of the Trial Date in this matter.

As grounds therefore, Attorney David Cooper was retained to represent this Defendant on October 21, 2006. Attorney Cooper did not receive the file from Defendant's previous attorney, William Murphy, until October 23, 2006. The trial in this matter is currently set for the first week of November 2006.

As such, in order to properly prepare to represent this Defendant, Defense Counsel prays that this Honorable Court will permit a continuance of the trial date in this matter until the second week in December, 2006.

/s/ David Cooper__________
David Cooper, Esquire
COOPER LAW ASSOCIATES
127 Dorrance Street
Providence, Rhode Island 02903
(401) 273-1880
(401) 331-2336

**CERTIFICATION**

I hereby certify that on this 24 day of October, 2006, this document has been filed electronically, and is available for viewing and downloading to the following counsel of record registered with this Court's ECF system. Paper copies will be served on non-registered attorneys of record, if any:

Sandra R. Beckner
Assistant United States Attorney
United States Attorney's Office
District of Rhode Island
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

/s/ David Cooper______________