UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR-06-62ML |
| | : | |
| PEDRO MICHAEL GONCALVES | : | |

**DEFENDANT'S SECOND MOTION FOR ENLARGEMENT OF TIME TO FILE MOTIONS**

Now comes Defendant, Pedro Michael Goncalves, by and through the undersigned Counsel, and respectfully requests a second extension of time within which to file Motions to Suppress Evidence, a Memorandum in Support of his Motion for a Franks hearing, and any other Motions deemed necessary.

This request is based on the fact that Attorney David Cooper has recently been on trial and the issues in the above-entitled matter have taken more time to research and develop than originally anticipated. Counsel would also like an opportunity to observe the physical evidence in the matter. Additionally counsel has only recently entered in this matter and it is reasonable and proper that he is allowed this additional time to properly address the constitutional issues in this matter.

Accordingly, counsel respectfully requests that this Honorable Court grant an additional sixteen days, up through and including November 30, 2006.

Respectfully submitted,

/s/ David Cooper

David Cooper, Esquire, # 1981
127 Dorrance Street
Providence, Rhode Island 02903
(401) 273-1880

**CERTIFICATION OF SERVICE**

I hereby certify that on this 14th day of November, 2006, this document has been filed electronically, and is available for viewing and downloading to the following counsel of record registered with this Court's ECF system. Paper copies will be served on non-registered attorneys of record, if any:

Sandra Beckner, Esq.
Assistant United States Attorney
Office of the United States Attorney
50 Kennedy Plaza
8th Floor
Providence, Rhode Island 02903

s/ David Cooper______________