IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
)
)
VS. ) Cr. No. 06-062ML
)
)
)
PEDRO MICHAEL GONCALVES )

GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION FOR ENLARGEMENT OF TIME TO FILE MOTIONS

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Sandra R. Beckner, Assistant United States Attorney, and hereby OBJECTS to the Defendant's Motion for Enlargement of Time to File Motions.

This case has been scheduled since October 27, 2006. Prior to that, the trial was continued at least three times at defense request. Defense now requests another continuance so as to file a motion to suppress, that prior defense counsel started mentioning in September. This is a simple and straightforward case. Counsel has had ample time to prepare. The motion for

enlargement of time should be denied. See, e.g., United States v. Reyes, 352 F.3d 511, 515 (1st Cir. 2003) (motion to withdraw filed one week before trial untimely).

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE,
UNITED STATES ATTORNEY

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj

CERTIFICATION

I hereby certify that on November 16, 2006, I caused the "Government's Response to Defendant Motion for Enlargement of Time to File Motions" to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. David Cooper
127 Dorrance Street
Providence, Rhode Island 02903
(401) 273-1880

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj