**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Cr. No. 06-062ML** |
| | ) | |
| **v.** | ) | **Information pursuant to 21 U.S.C. § 851** |
| | ) | |
| **PEDRO MICHAEL GONCALVES, a/k/a Mike Goncalves** | ) | |

**INFORMATION CHARGING PRIOR CONVICTION**

I, Robert Clark Corrente, United States Attorney for the District of Rhode Island, do accuse the Defendant, PEDRO MICHAEL GONCALVES a/k/a Mike Goncalves, who was charged by the United States Grand Jury in the District of Rhode Island on the 10th day of May, 2006 in Count One of the indictment with possession with intent to distribute 50 grams or more of cocaine base, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A); in Count Two of the Indictment with possession with intent to distribute 5 grams or more of cocaine base, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B); and, in Count Three of the indictment with possession with intent to distribute cocaine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), of having been previously convicted of a felony drug offense as described below:

On or about August 23, 2001, PEDRO MICHAEL GONCALVES a/k/a Mike Goncalves, was convicted in Providence County (Rhode Island) Superior Court (case number P2/01-1460A) of one count of

manufacture/delivery/possess with intent to deliver a controlled substance, a felony drug offense under state law, and was sentenced to a term of two years imprisonment with two years suspended.

WHEREFORE, the United States of America gives notice under 21 U.S.C. § 851 that Defendant PEDRO MICHAEL GONCALVES a/k/a Mike Goncalves, has a previous conviction for a felony drug offense and therefore is subject to a fine of not more than eight million dollars, a term of imprisonment of not less than twenty years and not more than life, and a term of supervised release of at least ten years on Count One of the indictment; a fine of not more than four million dollars, a term of imprisonment of not less than ten years and not more than life, and a term of supervised release of at least eight years on Count Two of the indictment; and, a fine of not more than two million dollars, a term of imprisonment of not more than 30 years, and a term of supervised release of at

least six years on Count Three of the indictment.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE,
UNITED STATES ATTORNEY

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj

CERTIFICATION

I hereby certify that on November 17, 2006, a copy of the within "Information Charging Prior Conviction" was filed electronically and is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. David Cooper
127 Dorrance Street
Providence, Rhode Island 02903
(401) 273-1880

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj