STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

62-06-08332

District Court - Sixth Division
One Dorrance Plaza
Providence, Rhode Island 02903
(401) 458-5400

ALICE ALBUQUERQUE,
ADMINISTRATIVE CLERK

CASE NO. 6 ____________

**RECEIPT FOR SEARCH WARRANT**

DATE: 5/12/06

RECEIVED FROM:
(PLEASE CHECK ONE)

x Providence PD POLICE DEPT. (Det. Richard Ruggiero)
LIST OFFICER'S NAME

____ RHODE ISLAND STATE POLICE(____________)LIST TROOPER'S NAME

____ OTHER AGENCY/DEPT. (____________)
LIST AGENCY/NAME OF AGENT

SEARCH WARRANT RE:

Pawtucket, RI
406 West Ave 1st Floor & Basement alias John/Jane Doe

Pedro Goncalves (DOB 8-20-81)

ALSO SUMMONED Pedro Goncalves (DOB 8-20-81)
(IF APPLICABLE)

James R Plante
CLERK

- STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS -

62-06-08332

JUDICIARY RHODE ISLAND

*District Court - Sixth Division*
*One Dorrance Plaza*
*Providence, Rhode Island 02903*
*(401) 458-5400*

ALICE ALBUQUERQUE,
ADMINISTRATIVE CLERK

CASE NO. 6________________

## RECEIPT FOR SEARCH WARRANT

DATE: 5/12/06

RECEIVED FROM:
(PLEASE CHECK ONE)

x Providence PD POLICE DEPT. ( Det. Richard Ruggiero )
LIST OFFICER'S NAME

____RHODE ISLAND STATE POLICE(________________________)LIST TROOPER'S NAME

____ OTHER AGENCY/DEPT. (________________________________)
LIST AGENCY/NAME OF AGENT

SEARCH WARRANT RE:

Pawtucket, RI
406 West Ave 1st Floor & Basement alias John/Jane Doe

Pedro Goncalves (DOB 8-20-81)

ALSO SUMMONED Pedro Goncalves (DOB 8-20-81)
(IF APPLICABLE)

James R Plante
CLERK

# State of Rhode Island and Providence Plantations
# Complaint to Search and Seize Property / or Person

TO Patricia D. Moore ~~Justice of the Supreme, Superior Court~~, or Judge of the District Court of the State of Rhode Island.

a) **Det. Todd Neill**, a Member of the Rhode Island State Police.

b) ______ a person authorized by law to bring complaints for violation of the law which it is my responsibility to enforce/a person who has a right to possession of the property stolen, embezzled, or obtained by false pretense or pretenses:

ON OATH COMPLAINS THAT:

(1) Certain property has been stolen or embezzled, or obtained by false pretenses, or pretenses, with intent to cheat or defraud within this state or elsewhere.

(2) Certain property has been kept, suffered to be kept, concealed, deposited, or possessed in violation of law, or for the purpose of violating the law;

(3) Certain property is designed or intended for use, or is or has been used in violation of law, or as a means of committing a violation of law;

and prays that a warrant to search for and seize said property/person be issued and if the same be subject to forfeiture, that the property be forfeited.

The person/property or articles to be searched for and/or seized is described as follows: **Crack cocaine, firearms, packaging materials, United States currency, ledgers, address / telephone books, safe deposit box keys, video tapes, photographs, cellular phones, paging devices, and any documents showing possession and control of the residence.**

The name of the owner or keeper, thereof (if known) is: **Pedro M. Goncalves, alias Mike Pedro (DOB 08/20/1981)**

The place or person to be searched is described as follows: **#406 West Ave., 1st Floor, Pawtucket, RI. This is a three story, wood framed dwelling, with white colored vinyl siding. The surrounding curtilage and basement of 406 West Ave. and the person of Pedro M. Goncalves, alias Mike Pedro (DOB 08/20/1981).**

Your complainant prays that said warrant may be served in the night time for the reason that: **Narcotics are being stored and distributed from this residence during the day and night time hours.** P. DM

Subscribed and sworn to before me:

**May 2, 2006**
Date

Moore J 5-2-06
Judge/Justice

Todd D Neill
Complainant Det. Todd Neill

PATRICIA D. MOORE

ISSUED at 3:35 p.m.

# State of Rhode Island and Providence Plantations
# Complaint to Search and Seize Property / or Person

TO Patricia D. Moore ~~Justice of the Supreme, Superior Court~~, or Judge of the District Court of the State of Rhode Island.

a) **Det. Todd Neill**, a Member of the Rhode Island State Police.

b) ______ a person authorized by law to bring complaints for violation of the law which it is my responsibility to enforce/a person who has a right to possession of the property stolen, embezzled, or obtained by false pretense or pretenses:

ON OATH COMPLAINS THAT:

(1) Certain property has been stolen or embezzled, or obtained by false pretenses, or pretenses, with intent to cheat or defraud within this state or elsewhere.

(2) Certain property has been kept, suffered to be kept, concealed, deposited, or possessed in violation of law, or for the purpose of violating the law;

(3) Certain property is designed or intended for use, or is or has been used in violation of law, or as a means of committing a violation of law;

and prays that a warrant to search for and seize said property/person be issued and if the same be subject to forfeiture, that the property be forfeited.

The person/property or articles to be searched for and/or seized is described as follows: **Crack cocaine, firearms, packaging materials, United States currency, ledgers, address / telephone books, safe deposit box keys, video tapes, photographs, cellular phones, paging devices, and any documents showing possession and control of the residence.**

The name of the owner or keeper, thereof (if known) is: **Pedro M. Goncalves, alias Mike Pedro (DOB 08/20/1981)**

The place or person to be searched is described as follows: **#406 West Ave., 1st Floor, Pawtucket, RI. This is a three story, wood framed dwelling, with white colored vinyl siding. The surrounding curtilage and basement of 406 West Ave. and the person of Pedro M. Goncalves, alias Mike Pedro (DOB 08/20/1981).**

Your complainant prays that said warrant may be served in the night time for the reason that: **Narcotics are being stored and distributed from this residence during the day and night time hours.** P. DM

Subscribed and sworn to before me:

**May 2, 2006**
Date

Moore J 5-2-06
Judge/Justice

Todd D Neill
Complainant Det. Todd Neill

PATRICIA D. MOORE

Issued at 3:35 p.m.

# Search Warrant

| State Ex rel | Providence, RI | County: **Providence** |
|---|---|---|
| **#406 West Ave., 1st Floor, Pawtucket, RI. This is a three story, wood framed dwelling, with white colored vinyl siding. The surrounding curtilage and basement of 406 West Ave. and the person of Pedro M. Goncalves, alias Mike Pedro (DOB 08/20/1981)** | | TO: An Officer authorized by law to execute the within warrant, |

Complaint and affidavit having been made to me under oath, _____ and as I am satisfied that there is probable cause for the belief therein set forth that grounds for issuing a search warrant exist, you are hereby commanded diligently to search the place or person herein described for the property specified and to bring such property or articles, and to summon the owner, or keeper thereof, if any be named in the complaint, if to be found by you, to appear before the District Court in the district where such property shall have been seized, namely the 6th Division of the District Court of Rhode Island.

Place or person to be searched: **#406 West Ave., 1st Floor, Pawtucket, RI. This is a three story, wood framed dwelling, with white colored vinyl siding. The surrounding curtilage and basement of 406 West Ave. and the person of Pedro M. Goncalves, alias Mike Pedro (DOB 08/20/1981)**

Property or articles to be searched for: **Crack cocaine, firearms, packaging materials, United States currency, ledgers, address / telephone books, safe deposit box keys, video tapes, photographs, cellular phones, paging devices, and any documents showing possession and control of the residence.**

Name of owner, or keeper, thereof if known to complainant: **Pedro M. Goncalves, alias Mike Pedro (DOB 08/20/1981)** P.M.

Said warrant shall be served in the daytime -- may be served in the nighttime -- within seven (7) days from the issuance hereof, AND IF NOT SERVED WITHIN SAID TIME TO BE RETURNED FORTHWITH TO A JUDGE SITTING IN THE ABOVE NAMED COURT.

Property seized by you hereunder shall be safely kept by you under the direction of the Court so long as may be necessary for the purpose of being used as evidence in any case. As soon as may be thereafter, if the same be subject to forfeiture, such further proceedings shall be had thereon for forfeiture as is prescribed by law.

Hereof fail not and MAKE TRUE RETURN PROMPTLY OF THIS WARRANT TO A JUDGE THERE SITTING with your doings thereon, accompanied by a written inventory of any property taken to a judge sitting in the above named court.

Issued at Providence in the county of Providence this 2nd day of May, A.D. 2006.

Moore J

Judge of the District Court

# AFFIDAVIT

Your affiant upon oath states that he has reason to believe and does believe that grounds for such warrant exit and states the following facts on which such belief is founded on the following affidavit.

**Your affiant, Scott R. Sullivan, is a member of the Pawtucket Police Department and has been continuously employed in that capacity for the past ten years. Your affiant is currently a sworn Special Federal Officer (SFO) assigned to the Federal Bureau of Investigation (FBI) / Rhode Island State Police High Intensity Drug Trafficking Area (HIDTA) Task Force. Your affiant's duties include but are not limited to investigating voilations of both State and Federal Controlled Substance Acts.**

**During the last week of February 2006 your affiant spoke to a reliable confidential informant regarding an individual distributing large amounts of crack cocaine in the City's of Providence and Pawtucket. In the past, this Confidential Informant has provided your affiant with information which has lead to the arrest and convictions of individuals involved in the distribution and sales of narcotics as well as the seizure of narcotics and US Currency. This informant has never provided your affiant with false or misleading information. Your affiant will refer to this informant in the masculine gender as Source One for the remainder of this affidavit in order to protect his or her identity.**

**Source One has told your affiant that a male named Pedro M. Goncalves, alias Mike Pedro is storing and distributing crack cocaine from his apartment located at 83-85 Pomona Ave. 3rd floor in the City of Providence, Rhode Island. In addition, Source One states that Goncalves maintains a bedroom at his mother's residence located at 406 West Ave. in Pawtucket, RI and often keeps a ceratin amount of crack cocaine at the residence to be used when making narcotics deliveries in the Pawtucket, RI area. Source One states that the crack cocaine kept at 406 West Avenue is kept hidden inside the basement of the residence and is gaurded by a large pit bull. Source One described Goncalves as being a light skinned black male, approximately 23-25 years of age, 5'-8" tall, 200 lbs., with a short cropped hair cut. Source One told your affiant that Goncalves routinely makes narcotics deliveries in the Providence, RI and Pawtucket, RI area using RI registration CY-807, a white colored Lincoln Continental. Source One stated Goncalves uses cellular telephone number (401) 632-5246 to facilitate his illegal narcotics transactions. Source One has informed your affiant that Goncalves is currently in possession of a firearm which is described as being a small framed semi-autoimatic pistol, possibly a .380 cal or .25 cal.**

**Your affiant had previous contact with Pedro M. Goncalves (DOB 08/20/1981) and has received information from members of the Pawtucket Police Special Squad / Narcotics Unit that Goncalves may be storing narcotics in the City of Providence as well as his mother's residence, located at 406 West Avenue Pawtucket, RI.**

Moore J
5-2-06

In October of 2003, your affiant was conducting an unrelated narcotics investigation when he received information that Goncalves was in possession of a kilogram of cocaine and a 45. caliber semi-automatic pistol and was storing both at his residence located at 406 West Avenue in Pawtucket, RI. On 10/07/2003, your affiant and other members of the RI HIDTA Task Force, stopped Goncalves for a motor vehicle violation in Providence, RI. Your affiant spoke to Goncalves and obtained consent to search (written) for the residence at 406 West Avenue in Pawtucket, RI. Your affiant and other members of the RI HIDTA Task Force conducted a search of the residence and were unable to locate any contraband or weapons. During the search a large amount of US Currency was located inside Goncalves' bedroom.

Your affiant checked the registration provided by Source One and learned that Rhode Island registration CY-807 was actively registered to a 1998 Lincoln, color white, to Julia G. Baptista, alias (DOB 08/19/1983) of 208 Dunnell Avenue Pawtucket, RI. Your affiant has conducted numerous surveillances of 83-85 Pomona Avenue Providence, RI and has observed Rhode Island registration CY-807, a white Lincoln Continental, parked in the driveway at different hours of the day and night. During surveillances of the residence your affiant has observed a male known to him as Pedro Goncalves leaving the residence inside the white Lincoln Continental.

Your affiant has subpoened the records from T-Mobile for cellular telephone number (401) 632-5246. On 03/11/2006, your affiant received a return fax from T-Mobile listing the current subscriber for telephone number (401) 632-5246 as Pedro Goncalves (DOB 08/20/1981), SS# 36549451, of 406 West Avenue Pawtucket, Rhode Island. The account data from T-Mobile listed Goncalves' home telephone number as (401) 729-6106 and showed the account has been active since 07/19/2005.

Your affiant has conducted a criminal history check of Goncalves and learned Goncalves was arrested by the Pawtucket Police Dept. for Carrying a Concealed Weapon on 09/07/2000. Goncalves pleaded nolo and received a 1 yr. violation filing and 1 yr. of probation. On 09/15/2003 Goncalves was arrested by the Providence Police Dept. for Manufacture/Possession/Delivery of Cocaine. This case is currently pending and a warrant has been issued for Goncalves' arrest.

Your affiant has conducted a check with the current electrical provider for 83-85 Pomona Ave. 3rd floor in the City of Providence, Rhode Island. The electric provider informed your affiant that there was no current electrical subscriber for 83-85 Pomona Ave. 3rd floor in the City of Providence, Rhode Island. The elctrical provider informed your affiant that the 1st floor apartment had electrical service in the name of Rosa Nunez, SS# 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 (tel. 383-8522) and the 2nd floor apartment had electrical service in the name of Hector Olivo, SS# 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 (tel. 383-8522).

Your affiant has conducted a check with the current electrical provider for 406 West Ave. 1st floor in the City of Pawtucket, Rhode Island. The electric provider informed your affiant that the 1st floor apartment has had electrical service in the name of Grace Goncalves, SS# 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, (tel. 401-729-1069) since 11/23/1999.

Moore J
5-2-06

You affiant checked the internal databases of the Pawtucket Polcie Dept. and verified that Grace Goncalves is the mother of Pedro M. Goncalves.

On or between 04/27/2006 and 05/02/2006 your affiant met with Source One at a pre-arranged location. Your affiant searched Source One for contraband and found none. Source One was provided with a quantity of official funds and then instructed to call telephone number (401) 632-5246 and make contact with Goncalves. Source One spoke to Goncalves and arranged to purchase a quantity of crack cocaine. Prior to the call from Source One, members of the RI HIDTA Task Force maintained surveillance of 83-85 Pomona Avenue in Providence, RI. A short time later members of the surveillance team observed Goncalves exit the residence and meet with Source One at the pre-arranged location. Source One purchased a quantity of a white rock like substance from Goncalves in exchange for the quantity of official funds. Members of the surveillance teams followed Goncalves from the pre-arranged meet location back to his residence. Your affiant followed Source One from the area and met with Source One at a pre-arranged location. Source One handed your affiant a quantity of a white rock like substance which was purchased from Goncalves in exchange for the official funds. Your affiant searched Source One for additional contraband and found none. Your affiant conducted a field test on a representative sample of the white rock like substance and received a posititve reaction for the presumptive presence of cocaine. Your affiant sealed the evidence inside an evidence bag and transported it to the Rhode Island State Toxicology Lab for further anaylsis.

It is your affiant's experience that individuals involved in the sale and distribution of narcotics often attempt to insulate themselves from prosecution by members of law enforcement by keeping their narcotics and illegal proceeds separate from their primary residence and their property listed in the names of third parties with no invovlment in their illegal narcotics business. Based on this knowledge and experience you affiant has conducted surveillance of 406 West Avenue and has observed Gonclaves' vehicle parked inside the driveway in the early morning hours.

Based on the aforementioned facts and circumstances your affiant resonably believes that Pedro M. Goncavles, alias Mike Pedro (DOB 08/20/1981) is storing and distributing crack cocaine from his apartment located at 83-85 Pomona Avenue 3rd floor in Providence, RI and storing and distributing cocaine from 406 West Avenue 1st floor in Pawtucket, RI.

It is your affiant's experience that individuials involved in the distribution of narcotics often arm themselves with weapons in order to protect their illegal distribution from other individuals. If members of law enforcement were to announce their presence and wait a reasonable time before entering it would allow any individual inside the residence to access a weapon which then could be used against members of law enforcement. It is also your affiant's experience that individuals involved in the distribution of narcotics often attempt to destroy evidence prior to entry being gained by members of law enforcement. It is your affiant's belief that if members of law enforcement were to announce their presence and wait a

Moore J
5-2-06

**reasonable time before entering any individual inside the residence could have ample time to destroy any evidence prior to entry being gained by members of law enforcement. It is for these reasons, in addition to the informant information, that your affiant request a "NO KNOCK" search warrant be issued for 83-85 Pomona Avenue 3rd floor in Providence, RI. In addition your affiant requests that a search warrant be issued for 406 West Avenue 1st floor as well as basement in Pawtucket, RI.**

5/2/06

Date: May 2, 2006

Affiant Det. Scott R. Sullivan

**Providence** Sc.. In **Providence** this **2nd** day of **May, 2006**, before me personally came **Det. Scott R. Sullivan** and made oath to the truth of the foregoing.

Judge of the District Court

~~Justice of the Supreme/Superior Court~~

RETURN OF SERVICE

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

**Providence**, SC.

At **406 West Ave. 1st floor & Basement Pawtucket, RI** (place), **May 3rd** (date) A.D. **2006**, pursuant to the within warrant I have made search during the -- **daytime** -- as commanded and submit herewith a written inventory of property taken:

Two (2) clear plastic bags each containing a yellowish rock like substance. (approx. 14 grams)
$151.00 US Currency.
Paperwork in the name of Pedro M. Goncalves
One (1) cardboard box addressed to Mike Goncalves loaded with (91) needle & syringes
Bank paperwork/bank cards in the name of Pedro M. Goncalves
RI DMV title in the name of Pedro M. Goncalves
ADT bill in the name of Pedro M. Goncalves
Two (2) photo ID cards in the name of Pedro M. Goncalves
One (1) bottle of GNC brand Glutamine
One (1) Cingular Wireless bill in the name of Pedro M. Goncalves
One (1) letter from New England Tech in the name of Pedro M. Goncalves
One (1) T-Mobile bill in the name of Eugene Fernandes
One (1) green lunch box containing the following (suspected steroids):
- One (1) bottle containing white liquid labeled Stan QV 50
- One (1) glass ampule containing clear liquid Sustanon
- Four (4) plastic vials containing liquid, stamped Refresh Carboxymethyl-cellulose sodium
- One (1) needle & syringe containing clear liquid
- One (1) zip lock bag containing (55) pink colored pills

Two (2) 9mm spent shell casings (found in basement)

I have also summoned **Pedro M. Goncalves, (DOB 8/20/1980)** named in said Complaint, as commanded to appear before the **6th** Division of the District Court in **Providence** at 9:30 o'clock in the forenoon, on **May 4th** A.D **2006**.

I have also given to **Pedro M. Goncalves, (DOB 8/20/1980) & Grace Goncalves (DOB 09/10/1956)** the person from whom -- from whose premises said property was taken -- a copy of the within warrant -- I have left a copy of the within warrant at -- on the place from which said property was taken -- but I did not find the person from whose premises said property was taken but left a copy of said warrant -- on the place from which the property was taken.

Det. Scott R [signature]
Authorized Officer

ACKNOWLEDGMENT OF RETURN

Warrant received on the May day of 12, 06, from Det. Ruggiero at 6th Dist.

James R [signature]

~~Judge~~ Clerk

# State of Rhode Island and Providence Plantations
# Complaint to Search and Seize Property / or Person

TO Patricia D. Moore ~~Justice of the Supreme, Superior Court~~, or Judge of the District Court of the State of Rhode Island.

a) Det. Todd Neill, a Member of the Rhode Island State Police.

b) ______ a person authorized by law to bring complaints for violation of the law which it is my responsibility to enforce/a person who has a right to possession of the property stolen, embezzled, or obtained by false pretense or pretenses:

ON OATH COMPLAINS THAT:

(1) Certain property has been stolen or embezzled, or obtained by false pretenses, or pretenses, with intent to cheat or defraud within this state or elsewhere.

(2) Certain property has been kept, suffered to be kept, concealed, deposited, or possessed in violation of law, or for the purpose of violating the law;

(3) Certain property is designed or intended for use, or is or has been used in violation of law, or as a means of committing a violation of law;

and prays that a warrant to search for and seize said property/person be issued and if the same be subject to forfeiture, that the property be forfeited.

The person/property or articles to be searched for and/or seized is described as follows: **Crack cocaine, firearms, packaging materials, United States currency, ledgers, address / telephone books, safe deposit box keys, video tapes, photographs, cellular phones, paging devices, and any documents showing possession and control of the residence.**

The name of the owner or keeper, thereof (if known) is: **Pedro M. Goncalves, alias Mike Pedro (DOB 08/20/1981)**

The place or person to be searched is described as follows: **#83-85 Pomona Ave., 3rd Floor, Providence, RI. This is a three story, wood framed dwelling, with white colored vinyl siding and blue colored doors. The surrounding curtilage and basement of 83-85 Pomona Ave. and the person of Pedro M. Goncalves, alias Mike Pedro (DOB 08/20/1981).**

Your complainant prays that said warrant may be served in the night time for the reason that: **Narcotics are being stored and distributed from this residence during the day and night time hours. Your complainant requests authorization to conduct a "NO-KNOCK" search warrant for reasons of officer safety as well as the preservation of evidence.** P. DM

Subscribed and sworn to before me:

May 2, 2006
Date

Moore J 5-2-06
Judge/~~Justice~~
PATRICIA D. MOORE
issued at 3:35 p.m.

Todd D. Neill
Complainant Det. Todd Neill

# Search Warrant

| State Ex rel | Providence, RI | County: Providence |
|---|---|---|
| #83-85 Pomona Ave., 3rd Floor, Providence, RI. This is a three story, wood framed dwelling, with white colored vinyl siding and blue colored doors. The surrounding curtilage and basement of 83-85 Pomona Ave. and the person of Pedro M. Goncalves, alias Mike Pedro (DOB 08/20/1981). | | TO: An Officer authorized by law to execute the within warrant, |

~~Complaint and affidavit having been made to me under oath, and as I am satisfied that there~~ is probable cause for the belief therein set forth that grounds for issuing a search warrant exist, you are hereby commanded diligently to search the place or person herein described for the property specified and to bring such property or articles, and to summon the owner, or keeper thereof, if any be named in the complaint, if to be found by you, to appear before the District Court in the district where such property shall have been seized, namely the 6th Division of the District Court of Rhode Island.

Place or person to be searched: #83-85 Pomona Ave., 3rd Floor, Providence, RI. This is a three story, wood framed dwelling, with white colored vinyl siding and blue colored doors. The surrounding curtilage and basement of 83-85 Pomona Ave. and the person of Pedro M. Goncalves, alias Mike Pedro (DOB 08/20/1981).

Property or articles to be searched for: Crack cocaine, firearms, packaging materials, United States currency, ledgers, address / telephone books, safe deposit box keys, video tapes, photographs, cellular phones, paging devices, and any documents showing possession and control of the residence.

Name of owner, or keeper, thereof if known to complainant: Pedro M. Goncalves, alias Mike Pedro (DOB 08/20/1981) f. PM.

Said warrant shall be served in the daytime -- may be served in the nighttime -- within seven (7) days from the issuance hereof, AND IF NOT SERVED WITHIN SAID TIME TO BE RETURNED FORTHWITH TO A JUDGE SITTING IN THE ABOVE NAMED COURT.

Property seized by you hereunder shall be safely kept by you under the direction of the Court so long as may be necessary for the purpose of being used as evidence in any case. As soon as may be thereafter, if the same be subject to forfeiture, such further proceedings shall be had thereon for forfeiture as is prescribed by law.

Hereof fail not and MAKE TRUE RETURN PROMPTLY OF THIS WARRANT TO A JUDGE THERE SITTING with your doings thereon, accompanied by a written inventory of any property taken to a judge sitting in the above named court.

Issued at Providence in the county of Providence this 2nd day of May, A.D. 2006.

[signature]

Judge of the District Court

# AFFIDAVIT

Your affiant upon oath states that he has reason to believe and does believe that grounds for such warrant exit and states the following facts on which such belief is founded on the following affidavit.

Your affiant, Scott R. Sullivan, is a member of the Pawtucket Police Department and has been continuously employed in that capacity for the past ten years. Your affiant is currently a sworn Special Federal Officer (SFO) assigned to the Federal Bureau of Investigation (FBI) / Rhode Island State Police High Intensity Drug Trafficking Area (HIDTA) Task Force. Your affiant's duties include but are not limited to investigating voilations of both State and Federal Controlled Substance Acts.

During the last week of February 2006 your affiant spoke to a reliable confidential informant regarding an individual distributing large amounts of crack cocaine in the City's of Providence and Pawtucket. In the past, this Confidential Informant has provided your affiant with information which has lead to the arrest and convictions of individuals involved in the distribution and sales of narcotics as well as the seizure of narcotics and US Currency. This informant has never provided your affiant with false or misleading information. Your affiant will refer to this informant in the masculine gender as Source One for the remainder of this affidavit in order to protect his or her identity.

Source One has told your affiant that a male named Pedro M. Goncalves, alias Mike Pedro is storing and distributing crack cocaine from his apartment located at 83-85 Pomona Ave. 3rd floor in the City of Providence, Rhode Island. In addition, Source One states that Goncalves maintains a bedroom at his mother's residence located at 406 West Ave. in Pawtucket, RI and often keeps a ceratin amount of crack cocaine at the residence to be used when making narcotics deliveries in the Pawtucket, RI area. Source One states that the crack cocaine kept at 406 West Avenue is kept hidden inside the basement of the residence and is gaurded by a large pit bull. Source One described Goncalves as being a light skinned black male, approximately 23-25 years of age, 5'-8" tall, 200 lbs., with a short cropped hair cut. Source One told your affiant that Goncalves routinely makes narcotics deliveries in the Providence, RI and Pawtucket, RI area using RI registration CY-807, a white colored Lincoln Continental. Source One stated Goncalves uses cellular telephone number (401) 632-5246 to facilitate his illegal narcotics transactions. Source One has informed your affiant that Goncalves is currently in possession of a firearm which is described as being a small framed semi-autoimatic pistol, possibly a .380 cal or .25 cal.

Your affiant had previous contact with Pedro M. Goncalves (DOB 08/20/1981) and has received information from members of the Pawtucket Police Special Squad / Narcotics Unit that Goncalves may be storing narcotics in the City of Providence as well as his mother's residence, located at 406 West Avenue Pawtucket, RI.

Moore J
5-2-06

In October of 2003, your affiant was conducting an unrelated narcotics investigation when he received information that Goncalves was in possession of a kilogram of cocaine and a 45. caliber semi-automatic pistol and was storing both at his residence located at 406 West Avenue in Pawtucket, RI. On 10/07/2003, your affiant and other members of the RI HIDTA Task Force, stopped Goncalves for a motor vehicle violation in Providence, RI. Your affiant spoke to Goncalves and obtained consent to search (written) for the residence at 406 West Avenue in Pawtucket, RI. Your affiant and other members of the RI HIDTA Task Force conducted a search of the residence and were unable to locate any contraband or weapons. During the search a large amount of US Currency was located inside Goncalves' bedroom.

Your affiant checked the registration provided by Source One and learned that Rhode Island registration CY-807 was actively registered to a 1998 Lincoln, color white, to Julia G. Baptista, alias (DOB 08/19/1983) of 208 Dunnell Avenue Pawtucket, RI. Your affiant has conducted numerous surveillances of 83-85 Pomona Avenue Providence, RI and has observed Rhode Island registration CY-807, a white Lincoln Continental, parked in the driveway at different hours of the day and night. During surveillances of the residence your affiant has observed a male known to him as Pedro Goncalves leaving the residence inside the white Lincoln Continental.

Your affiant has subpoened the records from T-Mobile for cellular telephone number (401) 632-5246. On 03/11/2006, your affiant received a return fax from T-Mobile listing the current subscriber for telephone number (401) 632-5246 as Pedro Goncalves (DOB 08/20/1981), SS# 36549451, of 406 West Avenue Pawtucket, Rhode Island. The account data from T-Mobile listed Goncalves' home telephone number as (401) 729-6106 and showed the account has been active since 07/19/2005.

Your affiant has conducted a criminal history check of Goncalves and learned Goncalves was arrested by the Pawtucket Police Dept. for Carrying a Concealed Weapon on 09/07/2000. Goncalves pleaded nolo and received a 1 yr. violation filing and 1 yr. of probation. On 09/15/2003 Goncalves was arrested by the Providence Police Dept. for Manufacture/Possession/Delivery of Cocaine. This case is currently pending and a warrant has been issued for Goncalves' arrest.

Your affiant has conducted a check with the current electrical provider for 83-85 Pomona Ave. 3rd floor in the City of Providence, Rhode Island. The electric provider informed your affiant that there was no current electrical subscriber for 83-85 Pomona Ave. 3rd floor in the City of Providence, Rhode Island. The elctrical provider informed your affiant that the 1st floor apartment had electrical service in the name of Rosa Nunez, SS# 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 (tel. 383-8522) and the 2nd floor apartment had electrical service in the name of Hector Olivo, SS# 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 (tel. 383-8522).

Your affiant has conducted a check with the current electrical provider for 406 West Ave. 1st floor in the City of Pawtucket, Rhode Island. The electric provider informed your affiant that the 1st floor apartment has had electrical service in the name of Grace Goncalves, SS# 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, (tel. 401-729-1069) since 11/23/1999.

You affiant checked the internal databases of the Pawtucket Polcie Dept. and verified that Grace Goncalves is the mother of Pedro M. Goncalves.

On or between 04/27/2006 and 05/02/2006 your affiant met with Source One at a pre-arranged location. Your affiant searched Source One for contraband and found none. Source One was provided with a quantity of official funds and then instructed to call telephone number (401) 632-5246 and make contact with Goncalves. Source One spoke to Goncalves and arranged to purchase a quantity of crack cocaine. Prior to the call from Source One, members of the RI HIDTA Task Force maintained surveillance of 83-85 Pomona Avenue in Providence, RI. A short time later members of the surveillance team observed Goncalves exit the residence and meet with Source One at the pre-arranged location. Source One purchased a quantity of a white rock like substance from Goncalves in exchange for the quantity of official funds. Members of the surveillance teams followed Goncalves from the pre-arranged meet location back to his residence. Your affiant followed Source One from the area and met with Source One at a pre-arranged location. Source One handed your affiant a quantity of a white rock like substance which was purchased from Goncalves in exchange for the official funds. Your affiant searched Source One for additional contraband and found none. Your affiant conducted a field test on a representative sample of the white rock like substance and received a posititve reaction for the presumptive presence of cocaine. Your affiant sealed the evidence inside an evidence bag and transported it to the Rhode Island State Toxicology Lab for further anaylsis.

It is your affiant's experience that individuals involved in the sale and distribution of narcotics often attempt to insulate themselves from prosecution by members of law enforcement by keeping their narcotics and illegal proceeds separate from their primary residence and their property listed in the names of third parties with no invovlment in their illegal narcotics business. Based on this knowledge and experience you affiant has conducted surveillance of 406 West Avenue and has observed Gonclaves' vehicle parked inside the driveway in the early morning hours.

Based on the aforementioned facts and circumstances your affiant resonably believes that Pedro M. Goncavles, alias Mike Pedro (DOB 08/20/1981) is storing and distributing crack cocaine from his apartment located at 83-85 Pomona Avenue 3rd floor in Providence, RI and storing and distributing cocaine from 406 West Avenue 1st floor in Pawtucket, RI.

It is your affiant's experience that individuials involved in the distribution of narcotics often arm themselves with weapons in order to protect their illegal distribution from other individuals. If members of law enforcement were to announce their presence and wait a reasonable time before entering it would allow any individual inside the residence to access a weapon which then could be used against members of law enforcement. It is also your affiant's experience that individuals involved in the distribution of narcotics often attempt to destroy evidence prior to entry being gained by members of law enforcement. It is your affiant's belief that if members of law enforcement were to announce their presence and wait a

Moore J
5-2-06

reasonable time before entering any individual inside the residence could have ample time to destroy any evidence prior to entry being gained by members of law enforcement. It is for these reasons, in addition to the informant information, that your affiant request a "NO KNOCK" search warrant be issued for 83-85 Pomona Avenue 3rd floor in Providence, RI. In addition your affiant requests that a search warrant be issued for 406 West Avenue 1st floor as well as basement in Pawtucket, RI.

5/2/06
Date: May 2, 2006

Det. Scott R. Sullivan
Affiant Det. Scott R. Sullivan

Providence Sc.. In Providence this 2nd day of May, 2006, ~~before me personally came Det. Scott R. Sullivan and made oath to the truth of the~~ foregoing.

Moore J
Judge of the District Court
~~Justice of the Supreme/Superior Court~~