4848123680

Itemized Details For: (401) 632-5246
Account Number: 392458761

Customer Service Number 1-800-937-8997

May 22, 2006



| Account Service Detail for Subscriber (401) 632-5246 | | Amount | Totals |
|---|---|---|---|
| | | Amount | Totals |
| **Monthly Service Charges** | | | $ 31.79 |
| Partial monthly charge for NW Basic Plus from 4/21/06 to 4/25/06 | $ | 5.00 | |
| Partial monthly charge for NW Basic Plus from 4/26/06 to 4/26/06 | $ | 1.00 | |
| Partial monthly charge for NW Basic Plus from 4/27/06 to 5/19/06 | $ | 22.99 | |
| Partial monthly charge for NW Basic Plus from 5/20/06 to 5/20/06 | $ | 1.00 | |
| Partial monthly charge for Sidekick Unlimited from 4/21/06 to 4/22/06 | $ | 1.33 | |
| Partial monthly charge for Unlmtd TMOB 2 TMOB from 4/21/06 to 4/22/06 | $ | 0.47 | |
| **One Time Charges** | | | $ 200.00 |
| Contract Termination Fee | $ | 200.00 | |
| **Other Charges (Non-Communications Related)** | | | $ 0.40 |
| Equipment Protect by Asurion | $ | 0.40 | |
| **Taxes, Fees and Surcharges** | | | $ 7.47 |
| **Government Fees and Taxes** | | | |
| Federal Excise Tax | $ | 0.95 | |
| Federal Universal Service Fund | $ | 0.52 | |
| State Gross Receipts Tax | $ | 1.56 | |
| State Sales Tax | $ | 2.32 | |
| GIS Technology Fund | $ | 0.26 | |
| State 911 | $ | 1.00 | |
| Regulatory Programs Fee* | $ | 0.86 | |

*Fee we collect and retain to help cover our costs related to funding and complying with government mandates, programs and obligations.

| **Total Charges** | $ 239.66 |
|---|---|

Itemized Details For: (401) 632-5246
Account Number: 392458761

Customer Service Number 1-800-937-8997
Apr 23, 2006



## LOCAL AIRTIME, LONG DISTANCE and INTERNATIONAL CHARGES - (Continued)

| Date | Call Destination | Time | Number Called | Call Type | Minutes | Airtime Charges | Toll Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Total Zero VM calls | | | | | 15 | $ - | $ - | $ - |
| SUBTOTAL | | | | | 311 | $ - | $ 2.98 | $ 2.98 |

## MESSAGING CHARGES

| Date | Service | Time | Destination | Message Type | Messages | Direction | Total |
|---|---|---|---|---|---|---|---|
| Subtotal included Messages with Zero Charges | | | | | 19 | | $ - |
| SUBTOTAL | | | | | 19 | | $ - |

## DATA SERVICE CHARGES

| Date | Service | Megabytes | Total |
|---|---|---|---|
| 3/21/06 | Internet | 0.5557 | $ - |
| 3/22/06 | Internet | 0.2305 | $ - |
| 3/23/06 | Internet | 0.2158 | $ - |
| 3/24/06 | Internet | 0.2109 | $ - |
| /25/06 | Internet | 0.4804 | $ - |
| /26/06 | Internet | 0.1787 | $ - |
| 3/27/06 | Internet | 0.1152 | $ - |
| 3/28/06 | Internet | 0.1260 | $ - |
| 3/29/06 | Internet | 0.2940 | $ - |
| 30/06 | Internet | 0.3301 | $ - |
| 31/06 | Internet | 0.3233 | $ - |
| 01/06 | Internet | 0.2598 | $ - |
| 4/02/06 | Internet | 0.0557 | $ - |
| 4/03/06 | Internet | 3.9932 | $ - |
| 04/06 | Internet | 0.0459 | $ - |
| JBTOTAL | | 7.4152 | $ - |

| | |
|---|---|
| tal of All Usage Charges | $ 2.98 |

Type: (A) Call Waiting (B) Call Forward (C) Conference Call (E) Data/Fax (F) Mobile2Mobile (G) Voicemail (H) Free Calls
PS Call (U) Other