UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CR-06-62ML |
| PEDRO MICHAEL GONCALVES | : | |

## AFFIDAVIT

I, Pedro Michael Goncalves, under penalty of perjury, do hereby attest to the following:

1. I did not telephone or speak by telephone with the informant, referred to as Source One, to arrange a drug deal.

2. I did not meet the informant to sell drugs to him.

3. I did live at 406 West Avenue with my mother.

4. I have visited 83-85 Pomona Avenue and slept over several nights during the period of the investigation.

5. Pomona Avenue was not rented to me, but was rented to Eugene Fernandez, who is a friend of mine.

6. I was driving a white Lincoln Continental, Rhode Island registration CY-807, on the date I was arrested.

Signed by:
Pedro Michael Goncalves,

Pedro Goncalves