UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | CR-06-62ML |
| | : | |
| | : | |
| PEDRO MICHAEL GONCALVES | : | |

**DEFENDANT'S MOTION FOR A FRANKS HEARING**

Now comes Defendant, Pedro Michael Goncalves, by and through his Counsel, and moves this Honorable Court for a Franks Hearing.

The arguments in support of said Motion will be more fully set forth in the Memorandum of Law to be submitted no later than November 30, 2006.

Defendant,
Pedro Michael Goncalves,
By His Attorney,

/s/ David Cooper

David Cooper, Esquire
R.I. Reg. No. 1981
127 Dorrance Street
Providence, Rhode Island 02903
(401) 273-1880

**CERTIFICATION OF SERVICE**

I hereby certify that on this 14th day of November, 2006, this document has been filed electronically, and is available for viewing and downloading to the following counsel of record registered with this Court's ECF system. Paper copies will be served on non-registered attorneys of record, if any:

Sandra Beckner
Assistant United States Attorney
Office of the United States Attorney
50 Kennedy Plaza
8th Floor
Providence, Rhode Island 02903

s/ David Cooper______________