**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR-06-62ML** |
| | : | |
| **PEDRO MICHAEL GONCALVES** | : | |

**DEFENDANT, PEDRO MICHAEL GONCALVES, MOTION TO SUPRESS PHYSICAL EVIDENCE FOUND IN THE VEHICLE**

NOW COMES, the defendant Pedro Michael Goncalves by and through counsel, and moves this Honorable Court, to suppress from introduction into evidence, whether directly, indirectly, or otherwise, any and all physical evidence derived or seized from a search of a white Lincoln Continental, Rhode Island registration CY-807, on or about the 3rd day of May, 2006, that was parked at 406 West Avenue, Pawtucket, Rhode Island.

In support of the foregoing, the defendant hereby incorporates by reference the arguments set forth in the defendant's accompanying Memorandum of Law.

Respectfully Submitted,
Pedro Michael Goncalves,
By His Attorney,

/s/ David A. Cooper__________
David Cooper, Esquire
R.I.Reg. 1981
127 Dorrance Street
Providence, Rhode Island 02903

## CERTIFICATION OF SERVICE

I hereby certify that on this 30th day of November, 2006, this document has been filed electronically, and is available for viewing and downloading to the following counsel of record registered with this Court's ECF system. Paper copies will be served on non-registered attorneys of record, if any:

Sandra Beckner
Assistant United States Attorney
Office of the United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

s/ David Cooper______________