**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CR-06-62ML** |
| | : | |
| | : | |
| **PEDRO MICHAEL GONCALVES** | : | |
| | : | |
| | : | |
| | : | |

**AFFIDAVIT SUPPORTING MOTION TO SUPPRESS GUN AND COCAINE**

I, Pedro Michael Goncalves, under penalty of perjury, do hereby attest to the following:

1. On March 3, 2006, I was driving a white Lincoln Continental. I regularly drive a white Lincoln Continental, registration number CY-807.

2. I left 83-85 Pomona Avenue and headed toward 406 West Avenue. When I arrived on West Avenue, there was a police cruiser blocking the street.

3. After pulling into the driveway of 406 West Avenue and locking the car, I went to the back of the house. I went to the back of the house to attempt to open the back door, and it was locked. I then went around to the front of the house and when I observed the undercover officers, I ran away from the house, crossing the street.

4. Across the street, a police officer or agent grabbed me and we fell against a fence that is clearly more than thirty feet from the Lincoln Continental or the house.

5. Even when I had proceeded around from the back to the front of the house, I was still more than thirty feet from the Lincoln Continental.

6. While I was sitting in the police cruiser, the police went inside 406 West Avenue. The police also called a tow truck to illegally enter and search the interior and exterior compartments of the Lincoln Continental I was driving.

Pedro Goncalves

Pedro Goncalves

Sworn and subscribed to before me in Cranston on this 30th day of November, 2006.

David A. Cooper

Notary Public David A. Cooper

No.

My commission expires:

2-11-07

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CR-06-62ML** |
| | : | |
| | : | |
| **PEDRO MICHAEL GONCALVES** | : | |

**AFFIDAVIT SUPPORTING MOTION TO SUPPRESS DRUGS FOUND AT 406 WEST AVENUE AND 83-85 POMONA AVENUE, PAWTUCKET RHODE ISLAND**

I, Pedro Michael Goncalves, under penalty of perjury, do hereby attest to the following:

1. I did not telephone or speak by telephone with the informant, referred to as Source One, to arrange a drug deal.
2. I did not meet the informant to sell drugs to him.
3. I did live at 406 West Avenue with my mother.
4. I have been by 83-85 Pomona Avenue to visit.
5. Pomona Avenue was not rented to me, but was rented to Eugene Fernandez, who is a friend of mine.
6. I was driving a white Lincoln Continental on the date I was arrested.

Pedro Goncalves
Pedro Goncalves

Sworn and subscribed to before me in Cranston on this 30 day of November, 2006.

David A. Cooper
Notary Public David A. Cooper
No.
My commission expires:
2-11-07