# State of Rhode Island and Providence Plantations
# Complaint to Search and Seize Property / or Person

TO Patricia D. Moore ~~Justice of the Supreme, Superior Court~~, or Judge of the District Court of the State of Rhode Island.

a) **Det. Todd Neill**, a Member of the Rhode Island State Police.

b) ______ a person authorized by law to bring complaints for violation of the law which it is my responsibility to enforce/a person who has a right to possession of the property stolen, embezzled, or obtained by false pretense or pretenses:

ON OATH COMPLAINS THAT:

(1) Certain property has been stolen or embezzled, or obtained by false pretenses, or pretenses, with intent to cheat or defraud within this state or elsewhere.

(2) Certain property has been kept, suffered to be kept, concealed, deposited, or possessed in violation of law, or for the purpose of violating the law;

(3) Certain property is designed or intended for use, or is or has been used in violation of law, or as a means of committing a violation of law;

and prays that a warrant to search for and seize said property/person be issued and if the same be subject to forfeiture, that the property be forfeited.

The person/property or articles to be searched for and/or seized is described as follows: **Crack cocaine, firearms, packaging materials, United States currency, ledgers, address / telephone books, safe deposit box keys, video tapes, photographs, cellular phones, paging devices, and any documents showing possession and control of the residence.**

The name of the owner or keeper, thereof (if known) is: **Pedro M. Goncalves, alias Mike Pedro (DOB 08/20/1981)**

The place or person to be searched is described as follows: **#406 West Ave., 1st Floor, Pawtucket, RI. This is a three story, wood framed dwelling, with white colored vinyl siding. The surrounding curtilage and basement of 406 West Ave. and the person of Pedro M. Goncalves, alias Mike Pedro (DOB 08/20/1981).**

Your complainant prays that said warrant may be served in the night time for the reason that: **Narcotics are being stored and distributed from this residence during the day and night time hours.** P.DM

Subscribed and sworn to before me:

**May 2, 2006**
Date

Moore J 5-2-06
Judge/Justice

Todd D Neill
Complainant Det. Todd Neill

PATRICIA D. MOORE
Issued at 3:35 p.m.

# Search Warrant

| State Ex rel | Providence, RI | County: **Providence** |
|---|---|---|
| **#406 West Ave., 1st Floor, Pawtucket, RI. This is a three story, wood framed dwelling, with white colored vinyl siding. The surrounding curtilage and basement of 406 West Ave. and the person of Pedro M. Goncalves, alias Mike Pedro (DOB 08/20/1981)** | | TO: An Officer authorized by law to execute the within warrant, |

Complaint and affidavit having been made to me under oath, _____ and as I am satisfied that there is probable cause for the belief therein set forth that grounds for issuing a search warrant exist, you are hereby commanded diligently to search the place or person herein described for the property specified and to bring such property or articles, and to summon the owner, or keeper thereof, if any be named in the complaint, if to be found by you, to appear before the District Court in the district where such property shall have been seized, namely the 6th Division of the District Court of Rhode Island.

Place or person to be searched: **#406 West Ave., 1st Floor, Pawtucket, RI. This is a three story, wood framed dwelling, with white colored vinyl siding. The surrounding curtilage and basement of 406 West Ave. and the person of Pedro M. Goncalves, alias Mike Pedro (DOB 08/20/1981)**

Property or articles to be searched for: **Crack cocaine, firearms, packaging materials, United States currency, ledgers, address / telephone books, safe deposit box keys, video tapes, photographs, cellular phones, paging devices, and any documents showing possession and control of the residence.**

Name of owner, or keeper, thereof if known to complainant: **Pedro M. Goncalves, alias Mike Pedro (DOB 08/20/1981)** P. PM,

Said warrant shall be served in the daytime -- may be served in the nighttime -- within seven (7) days from the issuance hereof, AND IF NOT SERVED WITHIN SAID TIME TO BE RETURNED FORTHWITH TO A JUDGE SITTING IN THE ABOVE NAMED COURT.

Property seized by you hereunder shall be safely kept by you under the direction of the Court so long as may be necessary for the purpose of being used as evidence in any case. As soon as may be thereafter, if the same be subject to forfeiture, such further proceedings shall be had thereon for forfeiture as is prescribed by law.

Hereof fail not and MAKE TRUE RETURN PROMPTLY OF THIS WARRANT TO A JUDGE THERE SITTING with your doings thereon, accompanied by a written inventory of any property taken to a judge sitting in the above named court.

Issued at **Providence** in the county of Providence this **2nd** day of **May**, A.D. **2006.**

Moore J

Judge of the District Court