# AFFIDAVIT

Your affiant upon oath states that he has reason to believe and does believe that grounds for such warrant exit and states the following facts on which such belief is founded on the following affidavit.

**Your affiant, Scott R. Sullivan, is a member of the Pawtucket Police Department and has been continuously employed in that capacity for the past ten years. Your affiant is currently a sworn Special Federal Officer (SFO) assigned to the Federal Bureau of Investigation (FBI) / Rhode Island State Police High Intensity Drug Trafficking Area (HIDTA) Task Force. Your affiant's duties include but are not limited to investigating voilations of both State and Federal Controlled Substance Acts.**

**During the last week of February 2006 your affiant spoke to a reliable confidential informant regarding an individual distributing large amounts of crack cocaine in the City's of Providence and Pawtucket. In the past, this Confidential Informant has provided your affiant with information which has lead to the arrest and convictions of individuals involved in the distribution and sales of narcotics as well as the seizure of narcotics and US Currency. This informant has never provided your affiant with false or misleading information. Your affiant will refer to this informant in the masculine gender as Source One for the remainder of this affidavit in order to protect his or her identity.**

**Source One has told your affiant that a male named Pedro M. Goncalves, alias Mike Pedro is storing and distributing crack cocaine from his apartment located at 83-85 Pomona Ave. 3rd floor in the City of Providence, Rhode Island. In addition, Source One states that Goncalves maintains a bedroom at his mother's residence located at 406 West Ave. in Pawtucket, RI and often keeps a ceratin amount of crack cocaine at the residence to be used when making narcotics deliveries in the Pawtucket, RI area. Source One states that the crack cocaine kept at 406 West Avenue is kept hidden inside the basement of the residence and is gaurded by a large pit bull. Source One described Goncalves as being a light skinned black male, approximately 23-25 years of age, 5'-8" tall, 200 lbs., with a short cropped hair cut. Source One told your affiant that Goncalves routinely makes narcotics deliveries in the Providence, RI and Pawtucket, RI area using RI registration CY-807, a white colored Lincoln Continental. Source One stated Goncalves uses cellular telephone number (401) 632-5246 to facilitate his illegal narcotics transactions. Source One has informed your affiant that Goncalves is currently in possession of a firearm which is described as being a small framed semi-autoimatic pistol, possibly a .380 cal or .25 cal.**

**Your affiant had previous contact with Pedro M. Goncalves (DOB 08/20/1981) and has received information from members of the Pawtucket Police Special Squad / Narcotics Unit that Goncalves may be storing narcotics in the City of Providence as well as his mother's residence, located at 406 West Avenue Pawtucket, RI.**

Moore J
5-2-06

**In October of 2003, your affiant was conducting an unrelated narcotics investigation when he received information that Goncalves was in possession of a kilogram of cocaine and a 45. caliber semi-automatic pistol and was storing both at his residence located at 406 West Avenue in Pawtucket, RI. On 10/07/2003, your affiant and other members of the RI HIDTA Task Force, stopped Goncalves for a motor vehicle violation in Providence, RI. Your affiant spoke to Goncalves and obtained consent to search (written) for the residence at 406 West Avenue in Pawtucket, RI. Your affiant and other members of the RI HIDTA Task Force conducted a search of the residence and were unable to locate any contraband or weapons. During the search a large amount of US Currency was located inside Goncalves' bedroom.**

**Your affiant checked the registration provided by Source One and learned that Rhode Island registration CY-807 was actively registered to a 1998 Lincoln, color white, to Julia G. Baptista, alias (DOB 08/19/1983) of 208 Dunnell Avenue Pawtucket, RI. Your affiant has conducted numerous surveillances of 83-85 Pomona Avenue Providence, RI and has observed Rhode Island registration CY-807, a white Lincoln Continental, parked in the driveway at different hours of the day and night. During surveillances of the residence your affiant has observed a male known to him as Pedro Goncalves leaving the residence inside the white Lincoln Continental.**

**Your affiant has subpoened the records from T-Mobile for cellular telephone number (401) 632-5246. On 03/11/2006, your affiant received a return fax from T-Mobile listing the current subscriber for telephone number (401) 632-5246 as Pedro Goncalves (DOB 08/20/1981), SS# 36549451, of 406 West Avenue Pawtucket, Rhode Island. The account data from T-Mobile listed Goncalves' home telephone number as (401) 729-6106 and showed the account has been active since 07/19/2005.**

**Your affiant has conducted a criminal history check of Goncalves and learned Goncalves was arrested by the Pawtucket Police Dept. for Carrying a Concealed Weapon on 09/07/2000. Goncalves pleaded nolo and received a 1 yr. violation filing and 1 yr. of probation. On 09/15/2003 Goncalves was arrested by the Providence Police Dept. for Manufacture/Possession/Delivery of Cocaine. This case is currently pending and a warrant has been issued for Goncalves' arrest.**

**Your affiant has conducted a check with the current electrical provider for 83-85 Pomona Ave. 3rd floor in the City of Providence, Rhode Island. The electric provider informed your affiant that there was no current electrical subscriber for 83-85 Pomona Ave. 3rd floor in the City of Providence, Rhode Island. The elctrical provider informed your affiant that the 1st floor apartment had electrical service in the name of Rosa Nunez, SS# 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 (tel. 383-8522) and the 2nd floor apartment had electrical service in the name of Hector Olivo, SS# 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 (tel. 383-8522).**

**Your affiant has conducted a check with the current electrical provider for 406 West Ave. 1st floor in the City of Pawtucket, Rhode Island. The electric provider informed your affiant that the 1st floor apartment has had electrical service in the name of Grace Goncalves, SS# 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, (tel. 401-729-1069) since 11/23/1999.**

Moore J
5-2-06

**You affiant checked the internal databases of the Pawtucket Polcie Dept. and verified that Grace Goncalves is the mother of Pedro M. Goncalves.**

**On or between 04/27/2006 and 05/02/2006 your affiant met with Source One at a pre-arranged location. Your affiant searched Source One for contraband and found none. Source One was provided with a quantity of official funds and then instructed to call telephone number (401) 632-5246 and make contact with Goncalves. Source One spoke to Goncalves and arranged to purchase a quantity of crack cocaine. Prior to the call from Source One, members of the RI HIDTA Task Force maintained surveillance of 83-85 Pomona Avenue in Providence, RI. A short time later members of the surveillance team observed Goncalves exit the residence and meet with Source One at the pre-arranged location. Source One purchased a quantity of a white rock like substance from Goncalves in exchange for the quantity of official funds. Members of the surveillance teams followed Goncalves from the pre-arranged meet location back to his residence. Your affiant followed Source One from the area and met with Source One at a pre-arranged location. Source One handed your affiant a quantity of a white rock like substance which was purchased from Goncalves in exchange for the official funds. Your affiant searched Source One for additional contraband and found none. Your affiant conducted a field test on a representative sample of the white rock like substance and received a posititve reaction for the presumptive presence of cocaine. Your affiant sealed the evidence inside an evidence bag and transported it to the Rhode Island State Toxicology Lab for further anaylsis.**

**It is your affiant's experience that individuals involved in the sale and distribution of narcotics often attempt to insulate themselves from prosecution by members of law enforcement by keeping their narcotics and illegal proceeds separate from their primary residence and their property listed in the names of third parties with no invovlment in their illegal narcotics business. Based on this knowledge and experience you affiant has conducted surveillance of 406 West Avenue and has observed Gonclaves' vehicle parked inside the driveway in the early morning hours.**

**Based on the aforementioned facts and circumstances your affiant resonably believes that Pedro M. Goncavles, alias Mike Pedro (DOB 08/20/1981) is storing and distributing crack cocaine from his apartment located at 83-85 Pomona Avenue 3rd floor in Providence, RI and storing and distributing cocaine from 406 West Avenue 1st floor in Pawtucket, RI.**

**It is your affiant's experience that individuials involved in the distribution of narcotics often arm themselves with weapons in order to protect their illegal distribution from other individuals. If members of law enforcement were to announce their presence and wait a reasonable time before entering it would allow any individual inside the residence to access a weapon which then could be used against members of law enforcement. It is also your affiant's experience that individuals involved in the distribution of narcotics often attempt to destroy evidence prior to entry being gained by members of law enforcement. It is your affiant's belief that if members of law enforcement were to announce their presence and wait a**

Moore J
5-2-06

**reasonable time before entering any individual inside the residence could have ample time to destroy any evidence prior to entry being gained by members of law enforcement. It is for these reasons, in addition to the informant information, that your affiant request a "NO KNOCK" search warrant be issued for 83-85 Pomona Avenue 3rd floor in Providence, RI. In addition your affiant requests that a search warrant be issued for 406 West Avenue 1st floor as well as basement in Pawtucket, RI.**

5/2/06
Date: May 2, 2006

Det. Scott R. Sullivan
Affiant Det. Scott R. Sullivan

**Providence** Sc.. In **Providence** this **2nd** day of **May**, **2006**, before me personally came **Det. Scott R. Sullivan** and made oath to the truth of the foregoing.

Moore J
Judge of the District Court
~~Justice of the Supreme/Superior Court~~