AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

USA
V.
Pedro Michael Goncalves

## EXHIBIT AND WITNESS LIST

Case Number: CR 06-062ML

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY (Gov't's) | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mary M. Lisi | Sandra Beckner | David Cooper |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| Suppression Hearing 1/4/07 1/5/07 | Karen Wischnowsky | John Duhamel |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1-4-07 → | | → | | | Det. Scott R. Sullivan W-1 |
| 1-5-07 | | | | | Examination of W-1 resumes |
| | J | 1/5/07 | | ✓ | photo: houses - West Avenue |
| | A | " | | ✓ | photo: houses - West Avenue |
| | C | " | | ✓ | " : 406 West Avenue |
| | D | " | | ✓ | " : driveway - 406 West Ave |
| | F | " | | ✓ | " : 406 West Avenue |
| | E | " | | ✓ | " : 406 West Avenue |
| | B | " | | ✓ | " : 406 West Avenue |
| | I | " | | ✓ | " : driveway - 406 West Ave |
| | H | " | | ✓ | " : Lincoln Continental + Jeep |
| 1 | | " | | ✓ | " : Lincoln + Jeep (rear) |
| 2 | | " | | ✓ | " : Lincoln + Jeep (front) |
| → | | → | | | Officer Darren Rose W-2 |
| → | | → | | | Det. Jon Theroux W-3 |
| → | | → | | | Det. Richard Ruggiero W-4 |
| | K | " | | ✓ | FBI report |
| | L | " | | ✓ | FBI report |
| | M | " | | ✓ | FBI report |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.