# *UNITED STATES DISTRICT COURT*

***for the***
***District of Rhode Island***

RECEIVED

***Case No. CR 06-062ML***

DEC 19 2006

US MARSHALS
RHODE ISLAND

***To:*** ***Warden***
***ACI***
***Cranston, RI***

05753-070

YOU ARE HEREBY COMMANDED, to have the **body** of **PEDRO MICHAEL GONCALVES**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Mary M. Lisi**, Chief Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **2:00 o'clock p.m.**, on the **4th** day of **January, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that [illegible] defendant, [illegible] date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **Mary M. Lisi**

United States Chief Judge at Providence, RI
Dated: December 18, 2006.

David A. DiMarzio, Clerk

Motion Hearing

***By*** *Barbara Barletta*
***Barbara Barletta - Deputy Clerk***