# *UNITED STATES DISTRICT COURT*
## *for the*
## *District of Rhode Island*

RECEIVED

***Case No. CR 06-062ML***

JAN 04 2007

US MARSHALS
RHODE ISLAND

***To: Warden***
***ACI***
***Cranston, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **Pedro Michael Goncalves,** by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Mary M. Lisi**, District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **11:00 o'clock a.m.**, on the **5th** day of **January, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that [illegible]

Deputy U.S. Marshal

WITNESS the Honorable **Mary M. Lisi**

United States District Judge at Providence, RI
Dated: January 4, 2007

David A. DiMarzio, Clerk

Suppression Hearing

*By* ______________________
***John Duhamel - Deputy Clerk***