UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | : | | |
| | : | | |
| v. | : | CR 06-62ML | : |
| PEDRO MICHAEL GONCALVES | : | | |

CONSENT TO VOIR DIRE/JURY SELECTION
BY A MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(b)(3), the undersigned hereby voluntarily consent to have a Magistrate Judge rather than a District Judge conduct the voir dire and jury selection in this case.

FOR THE GOVERNMENT:

[signature] Date: 2-6-07

Signature of AUSA

Sandra R. Bockner

Printed Name of AUSA

FOR THE DEFENDANT:

[signature] Date: 2-6-07

Signature of Defense Attorney

David A. Cooper

Printed Name of Defense Attorney

Defendant must indicate consent by signing below:

[signature] Date: 2/6/07

Signature of Defendant

PEDRO Goncalves

Printed Name of Defendant