IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 06-062ML |
| | ) | |
| PEDRO MICHAEL GONCALVES | ) | |

GOVERNMENT'S NOTICE PURSUANT TO FED.R.EVID. 404(b)

The government anticipates that the defendant may claim a lack of knowledge of the narcotics seized in this case. Likewise, he may claim a lack of motive or intent to distribute the narcotics. Accordingly, the government hereby gives notice of its intent to introduce the following evidence in the trial of United States v. Pedro Michael Goncalves:

Pedro Michael Goncalves was convicted in 2001 of Manufacture/Possess/Deliver Schedule I/II Controlled Substance, Cause No. P2-2001-1460A. This evidence is offered to prove the defendant's knowledge, intent and motive to distribute narcotics seized from his stash house, residence and vehicle. See United States v. Landrau-Lopez, 444 F.3d 19, 23-24 (1st Cir. 2006) (allowing testimony regarding the defendant's prior drug dealings with a witness to show knowledge and intent); United States v. Manning, 79 F.3d 212, 217 (1st Cir. 1996) ("[W]hen charges of drug trafficking are involved, this court has often upheld the admission of evidence of prior narcotics involvement to prove knowledge and intent."); United States v. Hadfield, 918 F.2d 987,

995 (1st Cir. 1990) (affirming the district court's decision to admit the defendants' prior drug convictions because such convictions were probative of knowledge, intent and the working relationship between defendants).

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U.S. Attorney
New York Bar
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (fax)
sandra.beckner@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2007, a copy of the within "Government's Notice Pursuant to Fed.R.Evid. 404(b)" was filed electronically and is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. David Cooper
127 Dorrance Street
Providence, Rhode Island 02903
(401) 273-1880

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj