AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

USA
V.
Pedro Michael Goncalves

## EXHIBIT AND WITNESS LIST

Case Number: CR 06-062ML

| PRESIDING JUDGE | Govt's PLAINTIFF'S ATTORNEYS | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mary M. Lisi | Sandra Beckner; Stephen Dambruch | David Cooper |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| Jury Trial – 2/26/07 through 3/1/07 | Karen Wischnowsky | John Duhamel |

| Gov PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| → | | | → | | W-1 Det. Scott Sullivan |
| 27 | | 2-26-07 | | ✓ | Nokia cell phone |
| 28 | | " | | ✓ | T-mobile cell phone |
| 21 | | " | | ✓ | Citizens bank check |
| 23 | | " | ✓ | 2/28/07 | 2 bags crack cocaine |
| 22 | | " | | ✓ | Citizens bank ATM card |
| 24 | | " | | ✓ | T-Mobile telephone bill |
| 15 | | | ✓ | 2/28/07 | Cocaine from Lincoln |
| 16 | | | | ✓ | 45 Caliber handgun |
| 16E | | | | ✓ | Ammunition |
| 16D | | | | ✓ | magazine from handgun |
| 16A | | | | ✓ | photo of .45 Caliber handgun |
| 16B | | | | ✓ | photo of handgun |
| 16C | | | | ✓ | photo of handgun + ammunition |
| 17 | | | | ✓ | photo of cocaine in gas cap |
| 18 | | | | ✓ | photo of Jeep |
| 19 | | | | ✓ | photo of Lincoln |
| 11 | | | | ✓ | Gold's Gym receipt |
| 12 | | | | ✓ | Cox cable receipt |
| 13 | | | | ✓ | Cox cable receipt |
| 14 | | | | ✓ | .22 Caliber round |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Govt USA | | | vs. | Pedro Michael Goncalves | CASE NO. CR 06-062ML |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 10 | | 2.26.07 | ✓ | 2/28/07 | Coffeepot (Carafe) W. powder residue |
| 37 | | " | ✓ | ✓ | Digital Scale |
| 9 | | " | ✓ | 2/28/07 | Crack cocaine |
| 7 | | " | ✓ | 2/27/07 | receipt from Athena's Home Novelties |
| | | → | | | HECTOR OLIVO W-2 |
| 38 | | 2.26.07 | ✓ | ✓ | popcorn box |
| | | → | | | MICHELE KERSHAW W-3 |
| ~~[illegible]~~ | | | | | ~~[illegible] W-4~~ |
| | | → | | | DET. TIMOTHY SANZI W-4 |
| 1 | | 2.26.07 | ✓ | | photo: popcorn box with substance |
| 2/27/07 | | | | | |
| 3 | | 2.27.07 | | ✓ | photo: acetone under sink |
| | | → | | | Linda Bailey W-5 |
| | | → | | | Darren Rose W-6 |
| | A | 2.27.07 | | ✓ | photo - driveway + garage |
| | B | " | | ✓ | photo - driveway / house |
| | C | " | | ✓ | photo - driveway / house |
| | | → | | | W-7 JON THEROUX (Det.) |
| 6 | | 2.27.07 | | ✓ | receipt re: Pawtucket Furniture |
| 8 | | " | | ✓ | receipt from Eugene Fernandez |
| | | → | | | W-8 RICHARD J. ALTIMARI |
| | | → | | | W-9 JOHN GRASSEL (Det.) |
| 40 | | 2.27.07 | | ✓ | Stipulation re: firearm (.45 caliber) |
| 25 | | " | | ✓ | Stipulation re: Goncalves |
| 26 | | " | | ✓ | Stipulation re: .45 caliber firearm |
| | | → | | | W-10 JEFFREY CADY (Special Agent) |
| | | | | | |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Govt USA | vs. | Pedro Michael Goncalves | | | CASE NO. CR 06-062ML |
|---|---|---|---|---|---|
| ~~PLF.~~ NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 29 | | 2/27/07 | ✓ | ✓ 2/28/07 | T-Mobile phone records – first page |
| 30 | | " | ✓ | ✓ 2/28/07 | " " " – first page |
| 31 | | " | ✓ | | " " " |
| 2/28/07 | → | | | → | W-11 Paul Breault |
| | → | | | → | W-12 Richard Ruggiero (Det.) |
| 10A | | 2/28/07 | ✓ | ✓ | photo of Coffee pot w. residue |
| 10B | | " | ✓ | ✓ | " " " " " " |
| 10C | | " | ✓ | ✓ | " " " " " " |
| 4 | | " | | ✓ | photo: items seized from Pomona St. |
| 5 | | " | | ✓ | photo – Pedro Goncalves |
| 5A | | " | | ✓ | " – " " |
| 5B | | " | | ✓ | " – " " |
| 5C | | " | | ✓ | " – " " |
| 5D | | " | | ✓ | " – " " |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |