UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR. No. 06-062-ML

PEDRO MICHAEL GONCALVES,
a/k/a MIKE GONCALVES

VERDICT FORM

1. As to Count One of the indictment (possession with intent to distribute fifty (50) grams or more of a mixture or substance containing a detectable amount of cocaine base), we, the jury, find the defendant, Pedro Michael Goncalves:

NOT GUILTY ______ GUILTY X

*Please proceed to question 2.*

2. As to Count Two of the indictment (possession with intent to distribute five (5) grams or more of a mixture or substance containing a detectable amount of cocaine base), we, the jury, find the defendant, Pedro Michael Goncalves:

NOT GUILTY ______ GUILTY X

*Please proceed to question 3.*

3. As to Count Three of the indictment (possession with intent to distribute a mixture or substance containing a detectable amount of cocaine), we, the jury, find the defendant, Pedro Michael Goncalves:

NOT GUILTY ______ GUILTY X

*Please proceed to question 4.*

4. As to Count Four of the indictment (possession of a firearm by a convicted felon), we, the jury, find the defendant, Pedro Michael Goncalves:

NOT GUILTY ______ GUILTY X

*Please proceed to question 5.*

5. As to Count Five of the indictment (possession of a firearm in furtherance of a drug trafficking crime), we, the jury, find the defendant, Pedro Michael Goncalves:

NOT GUILTY ______ GUILTY X

*Please sign and date this form and return your verdict.*

______________________
Signature of Foreperson

3/1/07
Date