UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR 06-062ML

PEDRO MICHAEL GONCALVES

ORDER

Upon oral motion by the government at completion of jury trial in this matter, the Court GRANTS the government's oral motion to retain custody of the following trial exhibits:

**EXHIBIT NUMBER:**

| | |
|---|---|
| 9<br>15<br>23 | crack cocaine<br>cocaine<br>two bags crack cocaine |
| 14 | .22 caliber round |
| 16 | .45 caliber Sig Sauer handgun |
| 16D, 16E | magazine, ammunition |
| 10 | coffee pot (carafe) with white powder residue |

SO ORDERED:

Mary M. Lisi
Chief U.S. District Judge

Date: March 1, 2007