**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

v. CR 06-062ML

PEDRO MICHAEL GONCALVES

**RETURN RECEIPT FOR EXHIBITS**

**Government's Exhibits: ______(re: Jury Trial, February/March 2007)**

| **EXHIBIT NUMBER** | |
|---|---|
| **9**<br>**15**<br>**23** | **crack cocaine**<br>**cocaine**<br>**two bags crack cocaine** |
| **14** | **.22 caliber round** |
| **16** | **.45 caliber Sig Sauer handgun** |
| **16D, 16E** | **magazine, ammunition** |
| **10** | **coffee pot (carafe), with white residue** |

Received by: [redacted] Det.
2:55pm 3/1/07

Date: **March 1, 2007**

Deputy Clerk