UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| Vs. | ) | |
| | ) | CR-06-62ML |
| | ) | |
| PEDRO MICHAEL GONCALVES | ) | |
| Defendant | ) | |

# MOTION FOR NEW TRIAL

**Relief Sought**

The defendant, Pedro Michael Goncalves, moves this Honorable Court under Fed. R. Crim. P.33 [b] [1] to grant him a new trial on the following grounds:

**Grounds for Relief**

1. **The defendant requests a motion for new trial on the basis of newly discovered evidence.**

   The defendant, Pedro Michael Goncalves, presents this motion based upon the testimony of Detective Sullivan and other officers, that Pedro Goncalves was arrested with more than one thousand ($1,000) dollars in his possession. Although, a police report indicated that he was arrested with $1,000.00, the defendant maintains that he did not have more than a couple of hundred ($100) dollars on his person at the time he was arrested. The defendant is requesting the government furnish him with documentation including the receipt and/ or deposit slip indicating that they searched and found more than $1,000.00 on his person. The defendant maintains that the government's misrepresentation of this issue caused the jury to find him guilty on the counts of the indictment. Since the receipt documentation of the money was never introduced at trial nor provided to the defendant in discovery this is in fact newly discovered evidence if in fact the government never retrieved the large amount of money off the defendant.

**WHEREFORE**, the defendant in the above titled matter prays for this Honorable Court to grant his motion for new trial, as the interest of justice would so require.

Defendant,
Pedro Michael Goncalves,
By and through his Attorney,

"/s/' ____________________
David A. Cooper, # 1981
Cooper Law Associates
127 Dorrance Street
Providence, RI 02903
401-273-1880

**CERTIFICATION**

I, hereby certify that I mailed a copy of the within motion to the following on the 6th day of March, 2007;

____________________
Sandra R. Beckner
U.S. Assistant Attorney General
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001