# *UNITED STATES DISTRICT COURT*
*for the*
*District of Rhode Island*

***Case No. CR 06-062ML***

RECEIVED
U.S. MARSHALS SERVICE
JUN 08 2007
District of Rhode Island

*To: Warden*
*ACI*
*Cranston, RI*

YOU ARE HEREBY COMMANDED, to have the **body** of **Pedro Michael Goncalves**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Mary M. Lisi**, Chief Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **3:30 o'clock p.m.**, on the **18th** day of **June, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that ...

Deputy U.S. Marshal

WITNESS the Honorable **Mary M. Lisi**

United States Chief Judge at Providence, RI
Dated: June 8, 2007

David A. DiMarzio, Clerk

Sentencing Hearing (rescheduled from 6/15/07)

*By* ________________
***John Duhamel - Deputy Clerk***