**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**VS.** **Docket #: CR 06-00062-01ML**

**PEDRO MICHAEL GONCALVES**

**DEFENDANT'S FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS**

Pursuant to Rule 16[a][1][E][i]of the Federal Rules of Criminal Procedure, the Defendant directs these Requests for Production of Documents to the United States Attorney's Office to be answered in writing, produced and delivered to David Cooper, Esquire, COOPER LAW ASSOCIATES, 127 Dorrance Street, Providence, Rhode Island within 30 days. The items are material to preparing the defense to the Government's filing of the 851 information against the Defendant.

**Definitions**

For the purpose of this Request for Production of Documents and responses thereto, the following definitions apply:

A. "Document" has the same meaning as used in Rule 16 of the Federal Rules of Criminal Procedure and shall be construed to include all writing of any kind in

any medium however recorded or reproduced including originals and non-identical copies and including duplicates, drafts, translations, and other preliminary materials that are different in any way from the executed or final document, wherever located as made discoverable under Rule 16. This includes but is not limited to the following: CD-Roms; charts; communications received or sent; compilations; computer cards; computer disks; computer files; computer generated material; computer tapes; computer emails; data processing cards; data reports; digitally created material; drafts; drawings; DVDs; electronic data processing cards; electronic computer media; emails; facsimile transmissions; files; statistical data; floppy discs; graphic materials; graphs; information stored or backed up on a computer disk; computer hard drive, server hardware, magnetic tape, and/or any other method; invoices; inventory records; journals; indices; interviews; ledgers; letters (sent or received); licenses; lists; magazines; mailings; mechanical recordings; memo pads; memoranda; microfiche; microfilm; minutes; motion pictures; notebooks; notes (handwritten or otherwise); orders; papers; periodicals; phone messages; photographs; photographic negatives; press releases; printed matter; printouts; publications; questionnaires; recordings; records; records of interoffice communications; reports; schedules; statements; statistical compilations; studies; summaries; surveys; tables; tabulations; tape recordings; telegrams; telexes; videotapes; voice-mails; vouchers; wire recordings; work papers; worksheets; and written records or recordings of any conferences, meetings, visits, interviews, or telephone

conversations which are within the possession, custody or control of the United States Attorney's Office, its present and former agents, attorneys and all other persons acting or purporting to act on its behalf. Any copy containing thereon or having attached thereto, any alterations, notes, comments, or other materials shall be deemed a separate document from the original or any other copy not containing such materials.

B. "Person" means the plural as well as the singular and includes any natural person, and any firm, association, partnership, joint venture, business trust, corporation, governmental or public entity, department, agency, office, or any other form of legal entity.

C. "U.S. Attorney's Office" means the Assistant U.S. Attorney, Sandra R. Beckner, Esquire, the U.S. Attorney's Office, its present and former agents, attorneys, and all other persons acting or purporting to act on its behalf.

D. To "identify" a document (as hereinabove defined) or any other thing means to state its type (e.g. letter, memorandum, periodical, chart, etc.) or otherwise describe it, and to supply the following information with respect thereto, where applicable: (1) the name of the person who prepared it; (2) the name of the person who signed it or in whose name it was issued; (3) the name of the person to whom it was addressed or distributed; (4) the nature and substance of the writing with sufficient particularity to enable it to be identified; (5) its date, and if it bears no date; its approximate date; (6) its physical location, the name and address of its custodian or custodians, and when it came into your possession or control, if such is the case; and (7) if any such document was,

but is no longer in your possession or control, "identify" includes a description of what disposition was made of it and the identity of the person who presently has custody of it.

E. To "identify" a communication means to state with respect thereto: (1) the identity of each person who participated in the communication and the name of each person who was present at the time it was made; (2) by whom each such person was employed and whom each such person represented or purported to represent in making such communication; (3) the date when such communication took place; (5) what each person said, or, if not known, the substance thereof; and (6) the identification of each document pertaining to such communication.

F. "Communication," unless otherwise modified means both oral communications and communications by document.

G. To "describe," "describe in detail," "state," "explain," or "explain in detail" means to relate as completely as possible every fact, act, omission, incident, event, condition, circumstance, or thing relating directly or indirectly to the subject matter of the description, including all pertinent dates, and without limiting the foregoing, to (1) identify all documents directly or indirectly related thereto; (2) identify all persons directly or indirectly related thereto; (3) identify all communications directly or indirectly related thereto, and (4) identify all locations applicable to any events, incidents, conditions, circumstances, or things directly or indirectly related thereto.

H. "Date" means the exact day, month, and year, it ascertainable, or if not, the closest approximation that can be made thereto by means, if necessary, location in relationship to other events.

I. "Racial" or "ethnic" minorities mean any person who is of African, Asian, Hispanic, Cape Verdean, or other non-European descent, including bi-racial groups.

## Instructions

For the purposes of these Requests for Production of Documents and responses thereto, the following instructions apply;

A. In responding to these Requests for Production of Documents, furnish all documents and information available to you, including documents and information in possession of your attorneys, investigators, agents, officers, directors, employees, and all other persons acting or purporting to act on your behalf, and not merely such documents and information known of personal knowledge. Each Request for Production of Documents and each subsection of each Request for Production of Documents is to be fully and separately responded to in accordance with the duties set forth in the Federal Rules of Criminal Procedure Rule 16. As to any Request for Production of Documents for which an exact, complete and entirely accurate response cannot be made at this time, after having made reasonable efforts to provide the response, documents, and information, so state and (1) give the reason why a further

response cannot be made at this time; (2) give as complete and precise a response as is possible; (3) specify the portion of each Request for Production of Documents that cannot be fully responded to fully and completely; (4) state what efforts were made to obtain the requested documents and information; and (5) state the facts that support the contention that the cannot be responded to fully and completely at this time.

B. These Requests for Production of Documents shall be deemed to be continuing so as to require supplemental responses from time to time if you obtain further documents and/or information after the date that the responses are served.

C. If you use any document (as hereinabove defined) in preparing the responses to those Requests for Production of Documents, include as part of each response for which such document was used, the document's date, author, or originator, title, subject matter, any other characteristics necessary to identify the document and the present location or custodian of the original or any non-identical copy. If the present location or custodian of the original or any non-identical copy is unknown, state the present location or custodian of any identical copy of such original or non-identical copy.

D. If any information or document is withheld on the asserted grounds that is subject to a claim of privilege, confidentiality, or for any other reason: (1) state the reason for withholding the information or document, identify the privilege or rule upon which this claim is based, and set forth the facts upon which the claim is based in sufficient detail to permit the formation of a

judgment as to the bases and validity of the claim; (2) identify the person(s) who have knowledge about the information or document being withheld; (3) identify, as to any document, the author, date, subject matter, number of pages, and each person who receive a copy of the document (identification will not be considered a waiver of any claim of privilege or confidentiality); and (4) identify the present custodian of the document and present location.

E. For each requested document that was at one time, but is no longer in existence, identify the following: (1) the type of document; (2) the information contained therein; (3) the date upon which such document ceased to exist; (4) the circumstances under which it ceased to exist; (5) the identity of all persons having knowledge of the circumstances under which it ceased to exist; and (6) the identity of all persons having knowledge of its contents.

F. Whenever a document is removed from a drawer, folder, box, or other container of any kind annex to the document the title or description of the drawer, folder, box, or other container.

G. The time period covered by these Requests for Production of Documents shall be from January 1, 2002 up to and including the present unless otherwise specified herein.

## <u>Requests</u>

The Defendant hereby requests the following documents:

1. A list of all individuals prosecuted by the U.S. Attorney's Office for drug offenses who received a sentence enhancement under 21 USC §