851 from January 1, 2002 to the present, including the names, age, race/ethnicity, sex and a photograph of each of those individuals (photographs from law enforcement BCI and pre-sentence report photographs).

2. Of the individuals who qualified for a § 851 sentence enhancement, how many of those individuals were racial or ethnic minorities? Please indicate the exact number of minorities and the percentage of minorities from January 1, 2002 to the present.

3. A list of all individuals and total numbers prosecuted by the U.S. Attorney's Office for drug offenses who did not receive a sentence enhancement under 21 USC § 851 who qualified for the enhancement, including the names, age, race/ethnicity, sex and a photograph of each of those individuals from January 1, 2002 to the present.

4. A copy of any guidelines or procedures which the U.S. Attorney's Office utilizes in making the determination of whether to file for a 21 USC § 851 sentence enhancement from January 1, 2002 to the present.

5. A list of the members of any committee that makes the determination of whether to file for a 21 USC § 851 sentence enhancement including the names, race or ethnicity, sex and a photograph of each of those members from January 1, 2002 to the present.

6. Of the individuals presented to the committee for determination of whether a 21 USC § 851 sentence enhancement would be filed, please provide the percentage and exact number of those by race, age,

ethnicity and sex that were approved. Please provide the percentage and exact number of those by race, age, ethnicity and sex that were denied. Please provide a list of individuals by race, age, ethnicity, and sex that were approved for a sentence enhancement pursuant to 21 USC §851.

7. A copy of the pre-sentence report from January 1, 2002 to the present, including a photograph of each individual prosecuted by the U.S. Attorney's Office for drug offenses who were eligible for a sentence enhancement under 21 USC § 851 under the guidelines, but *did not* receive a sentence enhancement under 21 USC § 851.

8. A copy of the pre-sentence report from January 1, 2002 to the present, including a photograph of each individual prosecuted by the U.S. Attorney's Office for drug offenses who was eligible for a sentence enhancement under 21 USC § 851 under the guidelines, who did receive a sentence enhancement under 21 USC § 851.

9. Of the individuals against whom a sentence enhancement under 21 USC § 851 was filed from January 1, 2002 to the present; (1) what was the predicate charge of each individual? (2) What type and quantity of drugs was the predicate charge based on? (3) What type and quantity of drugs was the new charge based on?

10. A list of the individuals eligible for a sentence enhancement under 21 USC § 851 from January 1, 2002 to the present who had marijuana as

the drug in the predicate offense including the including the names, age, race/ethnicity, sex and a photograph of each of those individuals.

11. Of the individuals prosecuted by the U.S. Attorney's Office for drug offenses involving marijuana from January 1, 2002 to the present; (1) how many and what percentage of those individuals were presented to the committee for a sentence enhancement under 21 USC § 851? (2) how many and what percentage of those individuals presented to the committee were members of a racial or ethnic minority group.

12. A list of all the individuals prosecuted by the U.S. Attorney's Office for drug offenses involving marijuana from January 1, 2002 to the present including the names, age, race/ethnicity, sex and a photograph of each of those individuals.

13. A list of individuals prosecuted by the U.S. Attorney's Office for drug offenses involving marijuana from January 1, 2002 to the present against whom a sentence enhancement under 21 USC § 851 was filed including the names, age, race/ethnicity, sex and a photograph of each of those individuals.

14. The racial or ethnic makeup of the staff at the U.S. Attorney's Office.

15. Of the individuals against whom a sentence enhancement under 21 USC § 851 was filed, (1) how many of those individuals had rejected a plea agreement and elected to go to trial? (2) How many of those individuals accepted a plea agreement and did not have the 21 USC § 851 enhancement filed, after the committee had received a request to

review them for the possible filing of the 851 including the names, age, race/ethnicity, sex, and photographs of these individuals.

16. A list the individuals against whom a sentence enhancement under 21 USC § 851 was filed from January 1, 2002 to the present who: (1) rejected a plea agreement and elected to go to trial, (2) accepted a plea agreement, including the names, age, race/ethnicity, sex and a photograph of each of those individuals.

17. Of the individuals eligible for a sentence enhancement under 21 USC § 851, against whom no sentence enhancement was filed, include their name, age, race/ethnicity, sex, and provide a photograph of each. (1) How many of those individuals had rejected a plea agreement and elected to go to trial? (2) How many of those individuals accepted a plea agreement?

18. A list of the individuals eligible for a sentence enhancement under 21 USC § 851 from January 1, 2002 to the present, against whom no sentence enhancement was filed who (1) had rejected a plea agreement and elected to go to trial, (2) accepted a plea agreement including the names, age, race/ethnicity, sex and a photograph of each of those individuals.

19. Of the individuals eligible for a sentence enhancement under 21 USC § 851 from January 1, 2002 to the present, against whom no sentence enhancement was filed, what was the name, age, race/ethnicity, and sex (please provide a photograph of each)? How many of those

individuals plead guilty plea after the time for which the acceptance of responsibility had expired?

20. A list of the individuals eligible for a sentence enhancement under 21 USC § 851 from January 1, 2002 to the present, against whom no sentence enhancement was filed who plead guilty before the time for acceptance of responsibility had expired including the names, age, race/ethnicity, sex and a photograph of each of those individuals.

21. Of the individuals eligible for a sentence enhancement under 21 USC § 851 from January 1, 2002 to the present, against whom no sentence enhancement was filed, what is the exact number and the percentage of those who were given a 5k1.1.

22. A list of the individuals eligible for a sentence enhancement under 21 USC § 851, against whom no sentence enhancement was filed who were given a 5k1.1, including the names, age, race/ethnicity, sex and a photograph of each of those individuals.

23. A list of individuals removed from state to federal court for prosecution including the names, age, race/ethnicity, sex and a photograph of each of those individuals from January 1, 2002 to the present.

24. A list of individuals eligible to be removed from state to federal court for prosecution (who local law enforcement presented to the U.S. Attorney's Office for prosecution) who were not removed including

the names, age, race/ethnicity, sex and a photograph of each of those individuals.

25. Of the individuals eligible to be removed from state to federal court how many were racial or ethnic minorities? Please provide the list with names, ages, race/ethnicity/race, sex, and a photograph of each of these individuals.

Respectfully Submitted,
Pedro Michael Goncalves,
By His Attorney,

/s/David A. Cooper
David Cooper, Esq.
R.I.Reg 1981
127 Dorrance Street
Providence, Rhode Island 02903

## CERTIFICATION OF SERVICE

I hereby certify that on this 29th day of June, 2007, this document has been sent to the following individuals.

Sandra Beckner
Assistant U.S. Attorney