IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 06-062ML |
| | ) | |
| PEDRO MICHAEL GONCALVES | ) | |

GOVERNMENT'S MOTION TO EXTEND TIME

The United States of America requests an extension of time in which to respond to Defendant's First Request For the Production of Documents because the undersigned Assistant United States Attorney just concluded a trial and has two suppression hearings this week. The government requests that the response date be extended until July 12, 2007.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj

CERTIFICATION OF SERVICE

On July 3, 2007, I caused the within "Government's Motion to Extend Time" to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

David Cooper, Esquire
127 Dorrance Street
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj