**UNITED STATES DISCTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**VS.** **Docket # CR 06-00062-01ML**

**PEDRO MICHAEL GONCALVES**

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY**

Now comes the Defendant, Pedro Michael Goncalves, and moves this Honorable Court to grant a Fourteen day extension of time within which to file a reply to the Government's Objection to the Defendant's First Motion for the Production of Documents.

Respectfully Submitted,
Pedro Michael Goncalves,
By His Attorney,

/s/David A. Cooper
David Cooper, Esq.
R.I.Reg. 1981
127 Dorrance Street
Providence, Rhode Island 02903

**CERTIFICATION OF SERVICE**

I hereby certify that on this 16th day of July, 2007, this document has been sent to the following individuals:

Sandra Beckner
Assistant Attorney General