IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | C.A.NO.: 06-062ML |
| v. | : | |
| | : | |
| | : | |
| PEDRO MICHAEL GONCALVES | : | |

**DEFENDANT, PEDRO MICHAEL GONCALVES' MOTION TO CONSOLIDATE AND JOIN IN MOTION**

Now comes Defendant, Pedro Michael Goncalves, and moves this Honorable to permit him to have his case consolidated with that of Willie Walker, CR 06-133-02L, for purposes of joining in a motion concerning the issue of the applicability sentencing enhancements pursuant to 21 U.S.C. Section 851.

WHEREFORE, Defendant respectfully requests that this Motion be granted.

Respectfully Submitted,
Pedro Michael Goncalves,
By His Attorney,

/s/David A. Cooper________
David A. Cooper, Esquire
R.I. Reg. 1981
127 Dorrance Street
Providence, Rhode Island 02903

**CERTIFICATION OF SERVICE**

I hereby certify on this 27 day of July, 2007, that I caused a true copy of the within to be electronically filed to : Robert Mann, Esquire, One Turks Head Place, Suite 600 Providence, Rhode Island 02903. Sandra Beckner, Assistant United States Attorney, U.S. Attorney's Office, 50 Kennedy Plaza, Providence, Rhode Island 02903

/s/ David Cooper